BARRETT S. LITT, SBN 45527
 blitt@kmbllaw.com
LINDSAY B. BATTLES, SBN 262862
 lbattles@kmbllaw.com
KAYE, MCLANE, BEDNARSKI & LITT
234 Colorado Blvd., Ste. 230
Pasadena, CA 91101
Telephone: (626) 844-7600 x112
Facsimile: (626) 844-7670

PETER J. ELIASBERG, SBN 189110
 peliasberg@aclu-sc.org
AHILAN ARULANANTHAM, SBN 237841
 aarulanantham@aclu-sc.org
PETER BIBRING, SBN 223981
 pbibring@aclu-sc.org
JENNIFER PASQUARELLA, SBN 263241
 jpasquarella@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Facsimile:  (213) 977-5299

Attorneys for Plaintiffs
(Other counsel not listed)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNCAN ROY et al.<br>          Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES;<br>LEROY D. BACA, Sheriff of Los<br>Angeles County, in his official<br>capacity,<br><br>          Defendants. | Case No. CV 12-09012 BRO (FFMx)<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE CLASS CERTIFICATION MOTION UNTIL JANUARY 26, 2015.**<br><br>JURY TRIAL:   11/10/15 |

1

FOR GOOD CAUSE SHOWN, the Court, having reviewed Plaintiffs' *Ex Parte* Application for an order continuing the filing date for Plaintiffs' class certification motion until January 26, 2015, and Defendants' Opposition, grants Plaintiffs' Application. The class certification motion shall be filed by January 26, 2015.

**IT IS SO ORDERED.**

Dated: August 6, 2014   _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE