1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  JUSTIN W. CLARK, State Bar No. 235477
   jclark@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, California  91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818) 545-1937

6  Attorneys for Defendants and Third Parties
   County of Los Angeles and Sheriff Leroy D. Baca
7

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11

12  DUNCAN ROY; et al.,                    )  Case No. CV 12-09012 BRO (FFMx)
                                           )
13           Plaintiffs,                   )  Consolidated with:
                                           )  Case No. CV 13-04416 BRO (FFMx)
14      vs.                                )
                                           )  Honorable Fredrick F. Mumm
15  COUNTY OF LOS ANGELES; et al.,         )
                                           )  ~~PROPOSED~~ ORDER APPROVING
16           Defendants.                   )  STIPULATION FOR
    _____       )  PROTECTIVE ORDER FOR
17                                         )  PRODUCTION OF DISCOVERY
    GERARDO GONZALEZ; et al.,              )  RESPONSES AND DOCUMENT
18                                         )  PRODUCTIONS IN
             Plaintiffs,                   )  CONSOLIDATED CASES
19                                         )
        vs.                                )
20                                         )
    IMMIGRATION AND CUSTOMS                )
21  ENFORCEMENT, an entity; et al.,        )
                                           )
22           Defendants.                   )
    _____       )
23

24       The Parties in this consolidated action having stipulated and good cause

25  appearing:

26       IT IS HEREBY ORDERED that:

27  ///

28  ///


                                   1

1         All protective orders entered in *Roy* shall apply to the parties in *Gonzalez*.

2   All protective orders entered in *Gonzalez* shall apply to the parties in *Roy*.

3         IT IS SO ORDERED.

4

5   DATED:  October 14, 2015        By <u>/S/ FREDERICK F. MUMM</u>

6                                  Frederick F. Mumm,
                               United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28