Declaration of Brendan Hamme

I, Brendan Hamme, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am an attorney at the ACLU Foundation of Southern California. I graduated from Loyola Law School in May of 2012. I am twenty-eight years old.

3. In the evening of October 9, 2012, I called the Inmate Reception Center (IRC) at 213-893-5324 and spoke with a man who identified himself as Watch Commander Topar. I asked Commander Topar if inmates with ICE holds in place were allowed to post bond. Topar informed me that I needed to speak to the clerk at the bond desk and he attempted to transfer me multiple times. After several attempts by Topar to transfer me, a woman answered and stated that I had reached the bond desk. She informed me that the jail's policy is to not allow people to post bond if there is an ICE hold because they will be subsequently interviewed by ICE. I asked her if there was a written policy in place, and she immediately transferred me back to Commander Topar who again stated that he did not know. I made six attempts through the 213-893-5324 number over the course of an hour to call back to obtain the woman's name, but I was unable to reach her.

4. In the evening of October 9, 2012, I called Twin Towers Correctional Facility at 213-893-5163 and spoke with a man who identified himself as Lt. Bodenstedt. I asked Lt. Bodenstedt whether Twin Towers allows inmates with ICE holds to be released on bond. Bodenstedt informed me that, while IRC handles bail, "if there's a hold, the individual cannot be bailed out" and will stay at Twin Towers until the hold is lifted. He advised me to contact IRC to determine if there was a written policy in place.

5. In the evening of October 9, 2012, I called Century Regional Detention Facility at 323-568-4506 and spoke with a man who identified himself as Lt. Rhodes. I asked Lt. Rhodes whether his facility allows inmates with ICE holds to be released on bond. Lt. Rhodes informed me that an ICE hold "would probably outrank the bail," placed me on hold to confirm their policy and then returned to inform me that he confirmed with the booking department that the

Facility's policy is not to grant bail to those with ICE holds. Rhodes continued that bail would be granted only with a release from ICE, but could not confirm whether this was a written policy.

6. Finally, in the evening of October 9, 2012, I called North Facility at 661-295-7810 and spoke with a man who identified himself as Deputy Arguello. I asked Deputy Arguello if his facility allows inmates with ICE holds to post bond. He informed me that in the case of a federal hold it was "not likely" the individual would be permitted to post bond. When I asked if their policy was not to allow the individual to post bond, I was told that he was not sure of the ICE guidelines and that I should ask the "feds."

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true. Executed February 26, 2013 in Los Angeles, California.

*Brendan Hamme*
Brendan Hamme