# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
 2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
 3    _____
                                    )
 4    DUNCAN ROY, et al.,           )
                                    )
 5              Plaintiffs,         )
                                    )
 6          vs.                     )Case No.
                                    )CV 12-09012 BRO (FFMx)
 7    LOS ANGELES COUNTY SHERIFF'S  )
      DEPARTMENT, et al.,           )Consolidated with:
 8                                  )Case No.
                Defendants.         )CV 13-04416 BRO FFMx)
 9    _____)
                                    )
10    SEE NEXT PAGE FOR COMPLETE    )
      CAPTION.                      )         VOLUME I
11    _____)
      _____
12
13              CONTAINS CONFIDENTIAL TESTIMONY
14                PURSUANT TO PROTECTIVE ORDER
15              DEPOSITION OF JAMES ANTHONY HAMM
16           AS THE PERSON MOST KNOWLEDGEABLE FOR
17             IMMIGRATION AND CUSTOMS ENFORCEMENT
18                    Los Angeles, California
19                   Wednesday, March 16, 2016
20    Reported by:
21    LORI SCINTA, RPR
22    CSR No. 4811
23    Job No. 2273709
24    PAGES 1 - 274
25    SEE PAGE 12 FOR LISTING OF CONFIDENTIAL PAGES

                                                   Page 1
```

```
 1    subject to immigration detainer requests?
 2         A    Requests, or are they issued the I-247D?
 3         Q    Exactly.
 4         A    Yes.
 5         Q    Does ICE pick up any inmates from LASD who are
 6    not issued the I-247D?
 7         A    No.
 8         Q    And how does ICE find out when an inmate who
 9    has an I-247D is ready to be picked by ICE?
10         A    ICE is contacted by what they call the ICE help
11    desk.  And these are individuals that are -- individual
12    officers that are employed by Los Angeles County
13    Sheriff's Department.  Those individuals are there to
14    vet that ICE is in compliance with the AB 4, the
15    Assembly Bill 4 --
16         Q    Uh-huh.
17         A    -- and those personnel will contact ICE and let
18    ICE know that we have Inmate 123 that's on the line.
19    "He's up for release now.  Can you schedule a pickup?"
20              "Yes."
21         Q    And once the Field Office gets that
22    notification, how long does it have to pick up the
23    inmate?
24         A    It's expeditiously.
25         Q    Is there a time limit?
```

Page 129

```
 1        A    It's immediately.
 2        Q    Literally?
 3        A    Literally, immediately, the time they get
 4   contact, they need to go and pick the individual up.
 5        Q    If I said -- go ahead.
 6        A    That process is associated with -- ICE cannot
 7   impede the release process that Los Angeles County
 8   Sheriff's Department has.  So upon notification, they
 9   have to go and pick those inmates up immediately.
10        Q    So if ICE doesn't show up within five minutes
11   of receiving the notification, what happens?
12        A    There's no time line.  It's an expeditious time
13   frame, a reasonable time frame.
14        Q    Is it possible that if ICE shows up five
15   minutes after receiving the notification they can still
16   take custody of the inmate?
17        A    Again, there is no time line.  It has to be
18   expeditiously as possible.  I can't tell you five
19   minutes after notification, 25 minutes, 30 minutes.  It
20   has to be -- in essence, ICE cannot impede --
21        Q    Uh-huh.
22        A    -- the release process.
23        Q    So if ICE shows up five minutes after receiving
24   the call, is there any policy you're aware of that says
25   you can't take that inmate?
```

Page 130

```
 1            MR. CLARK:  Objection.  Vague and ambiguous,
 2    lacks foundation, calls for speculation.
 3            MR. WEINTRAUB:  Objection as it relates to
 4    anything beyond the L.A. Field Office.
 5    BY MS. BANSAL:
 6        Q   If you know.
 7        A   Again, it's as expeditiously as possible.  It's
 8    approximately two miles away, so it's going to take a
 9    certain amount of time.
10        Q   Uh-huh.  Where are the ICE officers coming
11    from?
12        A   Los Angeles Field Office, 300 North.
13        Q   Okay.  When ICE receives notification that a
14    person is ready for release, do they receive -- is the
15    notification in advance this person will be received
16    (phonetic) on this day and time, or is the notification
17    this person is ready now?
18        A   When ICE receive notification, that individual
19    has to be picked up expeditiously.  It's at that time.
20        Q   But does ICE ever receive advance notification,
21    for example, "This person will being ready for pickup
22    tomorrow"?
23        A   It doesn't work like -- no.
24        Q   Okay.  How many ICE agents make pickups from
25    LASD custody on a daily basis?
```

Page 131

1  meeting.
2      Q   How was it affecting the transportation of
3  inmates?
4      A   If you go back to June 6, 2013, email sent from
5  Linda Brodka to Porowski, it tells you some of the
6  issues that were outlined based on the communication
7  ambiguity between Los Angeles County Sheriff's
8  Department medical staff and the contracted staff.
9      Q   In your own words, what were those issues?
10     A   Had to do with the time line, how long it was
11 taking to get the medical summary, those individuals
12 being removed from the list because a medical summary
13 was not acquired in a timely manner and even resulted in
14 release of inmates because a medical summary was not
15 generated in a timely manner, and it impeded the release
16 process.
17     Q   How did it impede the release process?
18     A   Because it would -- it could have held the
19 inmate beyond his release time line.
20     Q   In order to get the medical paperwork?
21     A   Right.  So, to avoid that, the individual would
22 be released.
23     Q   Was this an issue -- was this an issue in 2010,
24 as well?
25     A   No.