# EXHIBIT E

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4    DUNCAN ROY; et al,

 5                       Plaintiffs,    No. CV 12-09012

 6         vs.                          BRO (FFMx)

 7    COUNTY OF LOS ANGELES; et al,

 8                       Defendants.

 9    _____

10

11

12            DEPOSITION OF DANIEL SCHICHEL

13                Laguna Niguel, California

14                 Friday, March 4, 2016

15

16    (Contains material that is subject to the Protective

17                 Order in this case.)

18

19

20

21    Reported by:

22    CARA JACOBSEN

23    CSR No. 13053

24    File No. 2243070

25    Pages 1 - 211
```

Page 1

1       Q   Okay.
2       A   I don't know what you'd call that message.
3   It's just a return from -- that comes through NLETS.
4   It's just a --
5       Q   Okay.
6       A   -- message.
7       Q   And if there is a hit, in what circumstances
8   would the IAQ be generated?
9       A   If there is -- if there is a hit in the system
10  that the individual has an immigration record, it will
11  generate an IAQ that would go to the LESC.
12      Q   Okay. And then, the LESC at that point will
13  take the IAQ and run additional database checks; is that
14  right?
15      A   No. They will run all that information based
16  on fingerprints --
17      Q   Uh-huh.
18      A   -- biometrics information that they got back.
19  And they will run all -- all of the relevant databases
20  to figure out who the individual is, what their
21  immigration record is, their criminal history. And
22  they -- they will -- they create an immigration alien
23  response message from that.
24      Q   Okay. And will they create an immigrant alien
25  response for everybody for whom there was the initial

Page 96

1      A    I don't think it means anything other than...
2      Q    Got it.  Okay.
3           Okay.  So, in terms of what the deportation
4  officer or the agent at SC3 would do, we know they would
5  complete the I-213 narrative.  They review the packet.
6  They may or may not do other database checks.
7           Anything else that they would do before issuing
8  a detainer?
9      A    Once they were -- they were sure that -- that
10 the individual is a priority and was amenable to
11 removal, they would lodge -- they would lodge the
12 detainer.
13     Q    And how would they decide whether the person
14 was amenable to removal?
15     A    Based on their immigration history, their
16 status, as well as their criminal history, if they're --
17 if they're removable from the United States.  They're
18 trained to do that.  There is -- that's a -- there's a
19 lot of different scenarios.  But if they are removable
20 based on their criminal history or their immigration
21 history, then they're -- that's how they make that
22 determination.
23     Q    Can a deportation officer or an immigration
24 agent make a determination about someone being removable
25 from the United States based on those four database

Veritext Legal Solutions
866 299-5127

1  checks?

2      A    Yes.

3      Q    Okay.

4      A    On biometrics.

5      Q    And why is that true?

6      A    Because that's all they need.  That's all the
7  information that they need, based on fingerprints.  It's
8  not biographical information.  It's biometrics.  That's
9  all they need to know, if an individual -- what's their
10 status is.

11          For example, if they're an LPR but they just
12 got convicted of this crime, under the Immigration
13 Nationality Act, they can be removed now and put -- put
14 in proceedings in order to be removed.  That -- that
15 would be a determination that they're amenable to
16 removal.

17          MR. WEINTRAUB:  Can we take a quick break now
18 that he is done answering.  Can we talk outside.

19          (Recess.)

20          MS. PASQUARELLA:  Back on.

21 BY MS. PASQUARELLA:

22     Q    Okay.  Go ahead.

23     A    Okay.  So, clarification on the question on how
24 a deportation officer can determine if an individual is
25 removable from the United States based on those database