# EXHIBIT F

                                                                        1

```
 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3
 4     DUNCAN ROY; et al.,        )
                                  ) Case No.:
 5              Plaintiffs,       ) CV 12-09012 BRO (FFMx)
                                  )
 6         vs.                    ) Consolidated with Case No.:
                                  ) CV 13-04416 BRO (FFMx)
 7     COUNTY OF LOS ANGELES;     )
       et al.,                    )
 8                                )
                Defendants.       )
 9     _____)
       GERARDO GONZALEZ; et al.,)
10                                )
                Plaintiffs,       )
11                                )
           vs.                    )
12                                )
       IMMIGRATION AND CUSTOMS    )
13     ENFORCEMENT, an entity;   )
       et al.,                    )
14                                )
                Defendants.       )
15     _____)
16
17         30(b)(6) DEPOSITION OF JAMES ANTHONY HAMM
                   Thursday, March 17, 2016
18                    Glendale, California
19       Reported by Deborah R. Meyers, CSR No. 8569
20
21        (THIS TRANSCRIPT INCLUDES TESTIMONY AND
            EXHIBITS COVERED BY PROTECTIVE ORDER)
22
23
24
25
```

```
1      be relied upon in making the probable cause
2      determination?  Is that fair?
3           A    Yes.
4           Q    Now, the determination of probable cause to
5      establish an individual's removability is based on the
6      totality of the searches that are run; correct?
7           A    Yes.
8           Q    It's not based on a single database query;
9      right?
10          A    That's correct.
11          Q    So do you remember yesterday there was some
12     testimony about there being occasionally an error in
13     some of the systems?  Do you remember that testimony?
14          A    Yes.
15          Q    Now, is it accurate to say that that type of
16     situation can be overcome by the totality of the
17     searches that are run before a detainer is issued?
18          A    Yes.
19               MS. BATTLES:  Objection.  Vague and ambiguous.
20     BY MR. CLARK:
21          Q    You can answer.
22          A    Yes.
23          Q    My point being that simply because there might
24     be an error in one of these systems -- you know, I think
25     you testified yesterday those errors could come simply
```