# EXHIBIT J

```
 1              UNITED STATES DISTRICT COURT
 2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
 3   _____
                                   )
 4   DUNCAN ROY, et al.,           )
                                   )
 5           Plaintiffs,           )
                                   )
 6       vs.                       )Case No.
                                   )CV 12-09012 BRO (FFMx)
 7   LOS ANGELES COUNTY SHERIFF'S  )
     DEPARTMENT, et al.,           )Consolidated with:
 8                                 )Case No.
             Defendants.           )CV 13-04416 BRO FFMx)
 9   _____)
                                   )
10   SEE NEXT PAGE FOR COMPLETE    )
     CAPTION.                      )      VOLUME I
11   _____)
     _____
12
13            CONTAINS CONFIDENTIAL TESTIMONY
14               PURSUANT TO PROTECTIVE ORDER
15             DEPOSITION OF JAMES ANTHONY HAMM
16          AS THE PERSON MOST KNOWLEDGEABLE FOR
17            IMMIGRATION AND CUSTOMS ENFORCEMENT
18                  Los Angeles, California
19               Wednesday, March 16, 2016
20   Reported by:
21   LORI SCINTA, RPR
22   CSR No. 4811
23   Job No. 2273709
24   PAGES 1 - 274
25   SEE PAGE 12 FOR LISTING OF CONFIDENTIAL PAGES


                                           Page 1
```

```
1              (Exhibit 101 was marked for
2              identification by Counsel
3              and is attached hereto.)
4              MR. WEINTRAUB:  And this is confidential
5    pursuant to protective order.
6    BY MS. BANSAL:
7         Q    Do you recognize this document?
8         A    Yes.
9         Q    Is this the training that you were referring
10   to?
11        A    Yes.
12        Q    Okay.
13        A    Yes.
14        Q    Have all the employees in the L.A. Field Office
15   who are authorized to issue detainers taken this
16   training?
17        A    Yes.
18        Q    Was there a requirement that they take this
19   training by a certain date?
20        A    Yes.
21        Q    Do you remember about when that was?
22        A    No.
23             OCC also gave this training too.
24        Q    They presented the same slides?
25        A    Yes.
```

Page 233