UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:12–cv–09012–BRO–FFM         Date   4/24/2017
Title        DUNCAN ROY ET AL V. COUNTY OF LOS ANGELES ET AL

Present :   The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Myra Ponce | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jennifer L Pasquarella | Justin W. Clark |
| Jessica D Karp–bANSAL | J. Max Weintraub |

**Proceedings:**     MOTION(S) HEARING (Non-Evidentiary) (Held & Completed)

   GONZALEZ PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT (filed 2/22/2017) [219]

   Matter called. Counsel state their appearances for the record. Court questions counsel as stated in court and on the record on above motion(s) and invites counsel to present their oral arguments. Arguments by counsel are heard.

   The matter is taken under submission, a written order to follow.

   **IT IS SO ORDERED.**

:34
Initials of Preparer:  rfi