| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | TRANSCRIPT ORDER FORM<br>Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)* | COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1a. Contact Person for this Order | Sandra Kang | 2a. Contact Phone Number | (213) 977-5212 | 3a. Contact E-mail Address | skang@aclusocal.org |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Jennifer Pasquarella | 2b. Attorney Phone Number | (213) 977-5236 | 3b. Attorney E-mail Address | jpasquarella@aclusocal.org |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br><br>ACLU, Attn. Sandra Kang<br>1313 W. 8th St.<br>Los Angeles, CA 90017 | 5. Name & Role of Party Represented | Plaintiffs |
|---|---|---|
| | 6. Case Name | Duncan Roy Et al v. County of Los Angeles Et Al |
| | 7a. District Court Case Number | 2:12-CV-09012-BRO-FFM |
| | 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):

☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Myra Ponce

9. THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal  ☐ Non-Appeal   ☐ Criminal ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| a. HEARING(S) OR PORTIONS OF HEARINGS | | | b. SELECT FORMAT(S) | | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | |
| 4/24/2017 | O'Connell | Motion for Partial Summary Judgement | ☒ | ○ | ○ | ○ | ○ | ○ | ☒ | Daily |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 5/3/17   Signature: [signed]

G-120 (3/16)