# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4    _____
 5    GERARDO GONZALEZ; et al.,    )
 6            Plaintiffs,          )
 7        vs.                      ) No. CV 12-09012 BRO
 8    IMMIGRATION AND CUSTOMS      )    (FFMx)
 9    ENFORCEMENT, an entity; et   ) Consolidated with:
10    al.,                         )    CV 13-04416 BRO
11            Defendants.          )    (FFMx)
12    _____)
13
14
15             DEPOSITION OF BRIAN DEMORE
16               Laguna Niguel, California
17              Wednesday, December 2, 2015
18                      Volume I
19
20    Reported by:
21    SHARON LINDSAY-MILNIKEL
22    CSR No. 5335
23    Job No. 2192654
24
25    PAGES 1 - 161
```

Page 1

1     also issue its own detainers and PERC provides
2     supplemental coverage?
3          A    Yes.  The PERC issues detainers solely
4     within the scope of interoperability.
5          Q    Can you explain a little bit what that
6     means.
7          A    Sure.
8               Interoperability, in simple terms, is when
9     an individual is fingerprinted by a law enforcement
10    agency.  Those prints are sent to the FBI.  The FBI
11    shares those prints with DHS.
12              When and if there's a immigration record
13    linked to those biometric fingerprints, a message
14    is sent to the PERC.
15              The message is first sent to the LESC, the
16    LESC sends the message to the PERC.
17         Q    Did LESC ever issue detainers directly
18    through interoperability?
19         A    I don't know.
20         Q    Do you know if it does now?
21         A    I believe it does on occasion.
22         Q    And do you know when that would be?
23         A    I don't.
24         Q    Do you know what LESC does with the
25    message it receives when fingerprints are

Page 39

```
 1     entity would also be a no-match.
 2             And so they could be a U.S. citizen or
 3     they could be illegally in the country so it means
 4     nothing.
 5        Q    Okay.  Are there -- are the queries that
 6     PERC employees run, are they mainly name-based
 7     queries or what -- what information do they use to
 8     search the databases?
 9        A    Some are name-based, others are biometric
10     database based, others are linked through things
11     like FBI number, FIN number, SIN number, which is a
12     state identification number, so, no, they're not
13     just name-based.
14        Q    And when you say biometric based, what
15     does that include?
16        A    Fingerprints is what I'm referring to.
17        Q    Does that include anything else?
18        A    No.
19        Q    Okay.  I'd like you to take a look at the
20     bottom row on Exhibit -- whatever exhibit we're
21     on -- 11.
22        A    11, uh-huh.
23        Q    Under "Secure Communities," it says:
24             "Some ICE detainers were issued with
25              respect to foreign-born individuals
```

Page 99