# EXHIBIT D

```
 1                UNITED STATES DISTRICT COURT
 2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
 3     _____
                                     )
 4     DUNCAN ROY, et al.,           )
                                     )
 5              Plaintiffs,          )
                                     )
 6         vs.                       )Case No.
                                     )CV 12-09012 BRO (FFMx)
 7     LOS ANGELES COUNTY SHERIFF'S  )
       DEPARTMENT, et al.,           )Consolidated with:
 8                                   )Case No.
                Defendants.          )CV 13-04416 BRO FFMx)
 9     _____)
                                     )
10     SEE NEXT PAGE FOR COMPLETE    )
       CAPTION.                      )      VOLUME I
11     _____)
       _____
12
13               CONTAINS CONFIDENTIAL TESTIMONY
14                 PURSUANT TO PROTECTIVE ORDER
15               DEPOSITION OF JAMES ANTHONY HAMM
16             AS THE PERSON MOST KNOWLEDGEABLE FOR
17              IMMIGRATION AND CUSTOMS ENFORCEMENT
18                    Los Angeles, California
19                  Wednesday, March 16, 2016
20     Reported by:
21     LORI SCINTA, RPR
22     CSR No. 4811
23     Job No. 2273709
24     PAGES 1 - 274
25     SEE PAGE 12 FOR LISTING OF CONFIDENTIAL PAGES


                                               Page 1
```

```
 1        Q   So aside from checking the databases, do CAP
 2   agents in the Los Angeles Field Office do anything else
 3   when they're investigating the identity of the people on
 4   the list provided by LASD?
 5        A   Can you elaborate on "do anything else"?
 6   That's a bit ambiguous.
 7        Q   Well, I don't know what they might do.
 8            I'm clear that when they get the list they do
 9   database checks.
10        A   Uh-huh.
11        Q   Do they do anything besides database checks to
12   investigate the individuals on the seven-day
13   notifications?
14        A   It depends on what is found and located through
15   the checks conducted in those various databases.
16            An individual may be compelled to interview the
17   individual that is being researched via the electronic
18   databases.
19        Q   And when would an individual be compelled to
20   interview?
21        A   When there is conflicting information.
22        Q   From the databases?
23        A   That is correct, yes.
24        Q   Is there any other time when an interview would
25   be required?
```