PETER J. ELIASBERG SBN 189110
  *peliasberg@aclusocal.org*
AHILAN ARULANANTHAM SBN 237841
  *aarulanantham@aclusocal.org*
PETER BIBRING SBN 223981
  *pbibring@aclusocal.org*
JENNIFER PASQUARELLA SBN 263241
  *jpasquarella@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Facsimile: (213) 977-5299

Attorneys for Plaintiffs
(continued on next page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DUNCAN ROY; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al., <br><br> Defendants. <br> ———————————————— <br> GERARDO GONZALEZ; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | Case No. CV 12-09012 BRO (FFMx) Consolidated with: Case No. CV 13-04416 BRO (FFMx) <br><br> Honorable Beverly Reid O'Connell <br><br> **GONZALEZ PLANTIFFS' NOTICE OF MOTION AND SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Hearing Date: July 24, 2017 <br> Hearing Time: 1:30 PM <br> Courtroom: 7C <br><br> Oral Argument Requested |

1  BARRETT S. LITT SBN 45527
     blitt@kmbllaw.com
2  LINDSAY B. BATTLES SBN 262862
     lbattles@kmbllaw.com
3  KAYE, MCLANE, BEDNARSKI, & LITT
   234 E. Colorado Boulevard
4  Pasadena, California 91101
   Telephone: (626) 844-7660
5  Facsimile: (213) 844-7670

6  OMAR C. JADWAT
     ojadwat@aclu.org
7  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
     IMMIGRANTS' RIGHTS PROJECT
8  125 Broad Street, 18th Floor
   New York, New York 10004
9  Telephone: (212) 549-2660

10 CECILLIA D. WANG SBN 187782
     cwang@aclu.org
11 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
     IMMIGRANTS' RIGHTS PROJECT
12 39 Drumm Street
   San Francisco, California 94111
13 Telephone: (415) 343-0775

14 CHRIS NEWMAN SBN 255616
     newman@ndlon.org
15 JESSICA KARP BANSAL SBN 277347
     jbansal@ndlon.org
16 NATIONAL DAY LABOR ORGANIZING NETWORK
   675 S. Park View Street, Suite B
17 Los Angeles, California 90057
   Telephone: (213) 380-2785
18 Facsimile: (213) 380-2787

19 MARK M. FLEMING, pro hac vice
    mfleming@heartlandalliance.org
20 NATIONAL IMMIGRANT JUSTICE CENTER
   208 S. LaSalle Street, Suite 1300
21 Chicago, IL 60604
   Telephone: (312) 660-1628
22 Facsimile: (312) 660-1505

23

24

25

26

27

28

PLEASE TAKE NOTICE that on Monday, July 24, at 1:30 p.m., or as soon thereafter as the matter can be heard before the Honorable Beverly Reid O'Connell in Courtroom 7C of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA 90012, Plaintiffs Gerardo Gonzalez and Simon Chinivizyan, will and do hereby move this Court for partial summary judgment on behalf of the Probable Cause Subclass on the issue of whether ICE's practice of issuing warrantless arrest requests (immigration detainers) in sole reliance on electronic databases that are incomplete and inaccurate violates the Fourth Amendment, and on behalf of the Statutory Subclass on the issue of whether ICE's practice of issuing immigration detainers without first making a flight risk determination violates 8 U.S.C. § 1357(a)(2).

This motion is based on the accompanying Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, declarations and exhibits; the pleadings and papers filed to date; such evidence and arguments that may be submitted on reply; and on such evidence and arguments presented at the time of hearing. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 3, 2017.

Respectfully submitted,

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

Dated: May 16, 2017     /s/ Jennifer Pasquarella
                        JENNIFER PASQUARELLA
                        Counsel for Plaintiffs