1  PETER J. ELIASBERG SBN 189110
     *peliasberg@aclusocal.org*
2  AHILAN ARULANANTHAM SBN 237841
     *aarulanantham@aclusocal.org*
3  PETER BIBRING SBN 223981
     *pbibring@aclusocal.org*
4  JENNIFER PASQUARELLA SBN 263241
     *jpasquarella@aclusocal.org*
5  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 W. 8th Street
6  Los Angeles, CA 90017
   Phone: (213) 977-9500
7  Facsimile: (213) 977-5299

8
   Attorneys for Plaintiffs
9  (continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DUNCAN ROY; et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>  Defendants.<br>_____<br>GERARDO GONZALEZ; et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>  Defendants. | Case No. CV 12-09012 BRO (FFMx)<br>Consolidated with:<br>Case No. CV 13-04416 BRO (FFMx)<br><br>Honorable Beverly Reid O'Connell<br><br>**GONZALEZ PLANTIFFS' EX PARTE APPLICATION FOR UNDER SEAL FILING**<br><br>Hearing Date: July 24, 2017<br>Hearing Time: 1:30 PM<br>Courtroom:    7C<br><br>Oral Argument Requested |

1  BARRETT S. LITT SBN 45527
     blitt@kmbllaw.com
2  LINDSAY B. BATTLES SBN 262862
     lbattles@kmbllaw.com
3  KAYE, MCLANE, BEDNARSKI, & LITT
   234 E. Colorado Boulevard
4  Pasadena, California 91101
   Telephone: (626) 844-7660
5  Facsimile: (213) 844-7670

6  OMAR C. JADWAT
     ojadwat@aclu.org
7  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
     IMMIGRANTS' RIGHTS PROJECT
8  125 Broad Street, 18th Floor
   New York, New York 10004
9  Telephone: (212) 549-2660

10 CECILLIA D. WANG SBN 187782
     cwang@aclu.org
11 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
     IMMIGRANTS' RIGHTS PROJECT
12 39 Drumm Street
   San Francisco, California 94111
13 Telephone: (415) 343-0775

14 CHRIS NEWMAN SBN 255616
     newman@ndlon.org
15 JESSICA KARP BANSAL SBN 277347
     jbansal@ndlon.org
16 NATIONAL DAY LABOR ORGANIZING NETWORK
   675 S. Park View Street, Suite B
17 Los Angeles, California 90057
   Telephone: (213) 380-2785
18 Facsimile: (213) 380-2787

19 MARK M. FLEMING, pro hac vice
    mfleming@heartlandalliance.org
20 NATIONAL IMMIGRANT JUSTICE CENTER
   208 S. LaSalle Street, Suite 1300
21 Chicago, IL 60604
   Telephone: (312) 660-1628
22 Facsimile: (312) 660-1505

23

24

25

26

27

28

To the Court and all parties of record:

Pursuant to Local Civ. Rule 79-5.2.2(b), Plaintiffs hereby move the Court to Seal:

- Exhibits 3, 6-7, 16, 18, 20-27, 34-35, 44-45, 47 and 55 to the Declaration of Jennifer Pasquarella in Support of Gonzalez Plaintiffs' Second Motion for Partial Summary Judgement; and the

- Declaration of Jennifer Poon in Support of Gonzalez Plaintiffs' Second Motion for Partial Summary Judgement, and all corresponding Exhibits to the Declaration of Jennifer Poon in Support of Gonzalez Plaintiffs' Second Motion for Partial Summary Judgement.

The exhibits attached to my declaration have been designated by Defendant Immigration and Customs Enforcement (ICE) as confidential under the Protective Order in this case (Dkt. 86).

The exhibits and the information contained in Ms. Poon's Declaration have been designated by ICE as confidential under the Protective Order in this case (Dkt. 86). They contain immigration detainers and related ICE investigatory documents of particular individuals.

As described in the concurrently filed Declaration of Jennifer Pasquarella in Support of this Ex Parte Application for Under Seal Filing, undersigned counsel conferred with counsel for ICE regarding the sealing of most of the Exhibits. The agreement between the parties is that all said documents will be filed under seal in their entirety, and no redacted version of the documents be made available to the public at this time. *See* Sealed Declaration of Jennifer Pasquarella, attaching the Exhibits and the Declaration of Jennifer Poon.

Respectfully submitted,

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

Dated: May 16, 2017   /s/ Jennifer Pasquarella
JENNIFER PASQUARELLA
Counsel for Plaintiffs