PETER J. ELIASBERG SBN 189110
 *peliasberg@aclusocal.org*
AHILAN ARULANANTHAM SBN 237841
 *aarulanantham@aclusocal.org*
PETER BIBRING SBN 223981
 *pbibring@aclusocal.org*
JENNIFER PASQUARELLA SBN 263241
 *jpasquarella@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Facsimile: (213) 977-5299

Attorneys for Plaintiffs
(continued on next page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DUNCAN ROY; et al.,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>　　　Defendants.<br>_____<br>GERARDO GONZALEZ; et al.,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　Defendants. | Case No. CV 12-09012 BRO (FFMx) Consolidated with:<br>Case No. CV 13-04416 BRO (FFMx)<br><br>Honorable Beverly Reid O'Connell<br><br>**DECLARATION OF SUSAN B. LONG IN SUPPORT OF GONZALEZ PLAINTIFFS' SECOND MOTION FOR PARTIAL SUMMARY JUDGEMENT**<br><br>Hearing Date:　July 24, 2017<br>Hearing Time:　1:30 PM<br>Courtroom:　　7C<br><br>Oral Argument Requested |

BARRETT S. LITT SBN 45527
  blitt@kmbllaw.com
LINDSAY B. BATTLES SBN 262862
  lbattles@kmbllaw.com
KAYE, MCLANE, BEDNARSKI, & LITT
234 E. Colorado Boulevard
Pasadena, California 91101
Telephone: (626) 844-7660
Facsimile: (213) 844-7670

OMAR C. JADWAT
  ojadwat@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 549-2660

CECILLIA D. WANG SBN 187782
  cwang@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
  IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0775

CHRIS NEWMAN SBN 255616
  newman@ndlon.org
JESSICA KARP BANSAL SBN 277347
  jbansal@ndlon.org
NATIONAL DAY LABOR ORGANIZING NETWORK
675 S. Park View Street, Suite B
Los Angeles, California 90057
Telephone: (213) 380-2785
Facsimile: (213) 380-2787

MARK M. FLEMING, pro hac vice
  mfleming@heartlandalliance.org
NATIONAL IMMIGRANT JUSTICE CENTER
208 S. LaSalle Street, Suite 1300
Chicago, IL 60604
Telephone: (312) 660-1628
Facsimile: (312) 660-1505

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNCAN ROY; et al.,<br>　　　　Plaintiffs,<br>vs.<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT; et al.,<br>　　　　Defendants.<br><br>GERARDO GONZALEZ; et al.,<br>　　　　Plaintiffs,<br>vs.<br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT; et al.,<br>　　　　Defendants. | Case No. CV 12-09012 BRO (FFMx)<br>Consolidated with:<br>Case No. CV 13-04416 BRO (FFMx)<br><br>Honorable Beverly Reid O'Connell |

## DECLARATION OF SUSAN B. LONG

I, Susan B. Long, declare under the penalty of perjury as follows:

1. I am an Associate Professor of Managerial Statistics at the Martin J. Whitman School of Management at Syracuse University and the Co-Director of the Transactional Records Access Clearinghouse ("TRAC").

2. TRAC is a data research center at Syracuse University. The Center was established in 1989 to provide the public with comprehensive information about federal enforcement, staffing and spending. It obtains detailed electronic data from internal government data systems, analyzes the data, and then distributes the information along with TRAC's research findings.

3. Immigration enforcement records are the source of a significant amount of the data TRAC gathers, regularly updates, and makes available on its public website, http://trac.syr.edu/immigration.

4. News organizations, public interest groups, businesses, scholars, lawyers, and the government itself are among those who rely on TRAC's data. For example, in its February 2017 implementing directive for the president's Executive Order on immigration enforcement, the Department of Homeland Security itself cited TRAC's data. See page 6 at https://goo.gl/p7C3EE.

5. TRAC obtains data under the Freedom of Information Act ("FOIA") from various federal agencies, including Immigrations and Custom Enforcement ("ICE).

6. TRAC analyzed ICE data obtained under FOIA containing individual records on each recorded I-247 detainer request prepared by ICE. In addition to indicating the date each detainer request was prepared, ICE records also indicated whether the individual was subsequently taken into custody by the agency. Using this information, TRAC was able to determine the number of ICE detainers prepared month-by-month during each fiscal year ("FY"), as well as how often individuals were taken into custody. A fiscal year begins in October and ends in September of the following calendar year. Results from this analysis are available on TRAC's public website at: http://trac.syr.edu/phptools/immigration/detain/.

7. During FY 2006, ICE records indicate that it prepared 14,837 detainers nationally. In FY 2007, it prepared 76,620 detainers nationally. By FY 2008, numbers had increased more than tenfold over this two year period, to 186,978 detainers. At its highest point in FY 2011, the number of detainers ICE prepared nationwide reached 309,697.

8. Subsequently, the number of ICE detainers fell. In FY 2014, ICE prepared 159,210 detainers.

9. In FY 2015, the number fell farther to 95,085 detainers, and ICE records further indicated it had assumed custody of 36,300 of these individuals after the detainer was issued.

10. Between FY 2007 and FY 2015, ICE records indicated it had prepared 1,842,327 immigration detainers nationwide, and had taken 1,065,698 subjects of these detainers into custody.

I declare under penalty of perjury, pursuant to the laws of the United States, that the contents of this Declaration are true and correct to the best of my knowledge.

Executed this 15th day of May 2017 at Syracuse, New York.

Susan B. Long