# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
 3   _____
                                    )
 4   DUNCAN ROY, et al.,            )
                                    )
 5            Plaintiffs,           )
                                    )
 6       vs.                        )Case No.
                                    )CV 12-09012 BRO (FFMx)
 7   LOS ANGELES COUNTY SHERIFF'S   )
     DEPARTMENT, et al.,            )Consolidated with:
 8                                  )Case No.
              Defendants.           )CV 13-04416 BRO FFMx)
 9   _____ )
                                    )
10   SEE NEXT PAGE FOR COMPLETE     )
     CAPTION.                       )        VOLUME I
11   _____ )
     _____
12
13            CONTAINS CONFIDENTIAL TESTIMONY
14               PURSUANT TO PROTECTIVE ORDER
15            DEPOSITION OF JAMES ANTHONY HAMM
16         AS THE PERSON MOST KNOWLEDGEABLE FOR
17            IMMIGRATION AND CUSTOMS ENFORCEMENT
18                  Los Angeles, California
19                Wednesday, March 16, 2016
20   Reported by:
21   LORI SCINTA, RPR
22   CSR No. 4811
23   Job No. 2273709
24   PAGES 1 - 274
25   SEE PAGE 12 FOR LISTING OF CONFIDENTIAL PAGES
```

Page 1

```
 1   a --
 2        A    Correction.  May of 2014, not -- 2015.  I
 3   apologize.  Because we're in 2016 now.
 4        Q    Okay.  Why did it change in May of 2015?
 5        A    The 287(g) program was no longer honored by
 6   Los Angeles County Sheriff's Department.
 7             The memorandum of understanding between ICE and
 8   Los Angeles County Sheriff's Department was no longer in
 9   effect, and it changed the operation subsequent to the
10   termination of the program.
11        Q    How did it change the schedule of pickups?
12        A    Well, prior to or around that time frame, the
13   pickup was set for any time Los Angeles County contacted
14   ICE, ICE would have to be readily available to come pick
15   up the inmate or the inmates.
16        Q    That's prior to -- prior to May 2015?
17        A    Yes.  Somewhere within 2015 where this all
18   commenced where the standards were starting to change.
19   I don't know the exact date --
20        Q    Uh-huh.
21        A    -- but ICE was notified, and they would have to
22   pick them up immediately.
23        Q    Okay.  And that started sometime in 2015?
24        A    Yes.  I don't know the exact date, so I
25   can't --
```

Page 165

1  subjects?
2      A   Yes.
3      Q   And you had said that there was a 30 percent
4  error rate, three out of ten, to the databases that you
5  were asked about.
6          Is that -- did you do any research to come up
7  with that figure?
8      A   No.  There was no empirical research that was
9  done.
10     Q   Have you run any statistics to get that figure?
11     A   No.
12     Q   Thanks.
13         Finally, you were asked about whether ICE
14  agents engage in any flight risk assessment before
15  issuing a detainer, and you had said no.
16         And I'm curious.  I'm curious if that's, in
17  fact, the case, I guess.
18     A   No.  I had a correction on that.
19         In regards to foreign-born inmates being a
20  flight risk, that is the essence of the I-247 detainer,
21  to avoid any flight risk.  The fact that a detainer is
22  being issued is an indication that those individuals are
23  a flight risk.  They're not going to be hanging out in
24  the lobby of the jail or come to the ICE office and say,
25  "Hey, I'm here in the country illegally.  Do whatever

```
 1   you need to do."
 2            So it is important that we issue a detainer.
 3   That is one of the reasons why we issue a detainer,
 4   because they are a flight risk.  They want to avoid
 5   apprehension and being encountered by ICE.
 6            MR. WEINTRAUB:  I have nothing else.  I'm
 7   imagine you'll follow up.
 8
 9                    FURTHER EXAMINATION
10   BY MS. BANSAL:
11       Q   Okay.  How would an agent in the field office
12   know when there was an error in one the databases that
13   he searched?
14       A   He would do a cross-check in another database,
15   or it could come from the interviewing process where the
16   inmate or the person that's being interviewed is saying
17   something to the contrary.
18       Q   Was there any database -- is there any database
19   that ICE agents can use to cross-check the information
20   in CIS?
21       A   There's no particular database to cross-check
22   the information that's in CIS.  One of it is through the
23   physical interviewing process of the foreign-born
24   individual or the -- the primary file.
25            Unfortunately, the situation that we run into
```

Page 264