# EXHIBIT B

```
 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3
 4      DUNCAN ROY; et al.,         )
                                    ) Case No.:
 5             Plaintiffs,          ) CV 12-09012 BRO (FFMx)
                                    )
 6          vs.                     ) Consolidated with Case No.:
                                    ) CV 13-04416 BRO (FFMx)
 7      COUNTY OF LOS ANGELES;      )
        et al.,                     )
 8                                  )
                Defendants.         )
 9      _____)
        GERARDO GONZALEZ; et al.,)
10                                  )
                Plaintiffs,         )
11                                  )
            vs.                     )
12                                  )
        IMMIGRATION AND CUSTOMS     )
13      ENFORCEMENT, an entity;     )
        et al.,                     )
14                                  )
                Defendants.         )
15      _____)
16
17          30(b)(6) DEPOSITION OF JAMES ANTHONY HAMM
                    Thursday, March 17, 2016
18                     Glendale, California
19      Reported by Deborah R. Meyers, CSR No. 8569
20
21         (THIS TRANSCRIPT INCLUDES TESTIMONY AND
             EXHIBITS COVERED BY PROTECTIVE ORDER)
22
23
24
25
```

1    Q    Do you consider the information that's
2    contained in the EAGLE system reliable?
3    A    Yes.
4    Q    Do you have any reason to believe it's not
5    reliable?
6    A    No.
7    Q    And there's the TECS system. What type of
8    information is maintained in that system?
9    A    That's a Treasury Enforcement database. Name,
10   FBI number. There's a lot of information that's
11   contained in TECS, but the information that's contained
12   in TECS is essential to establishing identity and
13   alienage of persons of interest.
14   Q    And do you have any reason to believe the
15   information in the TECS system is unreliable?
16   A    No.
17   Q    How about the CLAIMS system? What is the
18   CLAIMS system?
19   A    That's a system that's managed by Citizenship
20   and Immigration Services, and there's no reason to
21   believe that the information that's contained in CLAIMS
22   is unreliable as well.
23   Q    Jumping ahead. I see what you're doing there.
24   That's a joke.
25   A    Okay.

1    is a warrant or information or criminal information

2    contained in that database in reference to that person,

3    it will come up.  And then further investigation would

4    ensue.

5        Q    Any reason to believe that system contains

6    unreliable information?

7        A    No.

8        Q    What is the CIS system?

9        A    That's the Citizenship Immigration Services

10   database.

11       Q    What type of information is contained in that

12   system?

13       A    It contains information of foreign-born person,

14   name, date of birth, time of -- it identifies when the

15   person was encountered, it identifies whether the person

16   has submitted application to Citizenship and Immigration

17   Services, and there's no reason to believe that database

18   is unreliable as well.

19       Q    Okay. How about the IDENT -- I'm sorry.  We

20   already went through that one.

21       A    Yes.

22       Q    Do you know what the CCDI system is?

23       A    That's a State database.  That controls -- that

24   database contains information about US passport

25   information, also various applications that are

1    be relied upon in making the probable cause
2    determination?  Is that fair?
3         A    Yes.
4         Q    Now, the determination of probable cause to
5    establish an individual's removability is based on the
6    totality of the searches that are run; correct?
7         A    Yes.
8         Q    It's not based on a single database query;
9    right?
10        A    That's correct.
11        Q    So do you remember yesterday there was some
12   testimony about there being occasionally an error in
13   some of the systems?  Do you remember that testimony?
14        A    Yes.
15        Q    Now, is it accurate to say that that type of
16   situation can be overcome by the totality of the
17   searches that are run before a detainer is issued?
18        A    Yes.
19             MS. BATTLES:  Objection.  Vague and ambiguous.
20   BY MR. CLARK:
21        Q    You can answer.
22        A    Yes.
23        Q    My point being that simply because there might
24   be an error in one of these systems -- you know, I think
25   you testified yesterday those errors could come simply

1      from human error in entering information into the
2      system.
3              In that circumstance, an error in one of these
4      systems would not prevent additional searches to be run
5      in other systems to complete an investigation into
6      whether or not probable cause exists as to an
7      individual's removability from the United States; is
8      that right?
9          A    Yes.
10         Q    I'll mark a few exhibits here which I'm sure
11     you've seen before.
12             That's 1024.  Here is 1025 and 1026.  This will
13     be 1027.  This will be 1028 and finally 1029.
14             (COLA Exhibits 1024, 1025, 1026, 1027, 1028,
15             and 1029 were marked for identification by the
16             reporter and are included herewith.)
17             MR. WEINTRAUB:  Can we go off and talk outside?
18             MR. CLARK:  Sure.
19             (Recess taken from 11:09 a.m. to 11:17 a.m.)
20             MR. CLARK:  Back on the record.
21         Q    James, right before we took a break, I
22     introduced as exhibits to this deposition a variety
23     of -- a variety of forms related to immigration
24     detainers.  I recognize one of them is not actually --
25     sorry -- two of them are not detainer request forms