# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4    DUNCAN ROY; et al,

 5                      Plaintiffs,   No. CV 12-09012

 6          vs.                       BRO (FFMx)

 7    COUNTY OF LOS ANGELES; et al,

 8                      Defendants.

 9    _____

10

11

12            DEPOSITION OF DANIEL SCHICHEL

13               Laguna Niguel, California

14                Friday, March 4, 2016

15

16     (Contains material that is subject to the Protective

17                   Order in this case.)

18

19

20

21    Reported by:

22    CARA JACOBSEN

23    CSR No. 13053

24    File No. 2243070

25    Pages 1 - 211
```

Page 1

1    far as their immigration status and their alienage, they
2    do that based on immigration history.
3        Q    If a -- if the results of the database checks
4    showed that a person at one time declared they were born
5    in California but another time declared they were born
6    in Mexico, was there any requirement that the officers
7    investigate the person's alienage?
8        A    Investigate a claim to the United States
9    citizenship?  I guess I don't understand what you're
10   saying.
11            Is this someone we -- that we have an -- that
12   we're already looking at, we're already investigating
13   them?
14       Q    I think my question is:  Was there any specific
15   instruction that officers should investigate and
16   establish someone's alienage before issuing a detainer?
17       A    Every time.  That's -- that's part of
18   establishing probable cause.
19       Q    Was there any -- under SC3 was there any
20   specific instruction about red flags or indicators that
21   they should look at to ensure that they establish that
22   the person was an alien?
23       A    Any -- any indicators, the way that -- that
24   the -- the -- the SC3 and PERC staff have been
25   instructed, any indicators, any evidence that someone

Page 164

```
 1    might be a USC, there's something they'd come up within
 2    a database, they see something, they're instructed to
 3    not lodge a detainer, to send it up through a supervisor
 4    and go through our office of chief counsel and let our
 5    attorneys look at it and determine if they need to do
 6    further investigation before detainer is lodged on that
 7    individual, to ensure they're not a USC.
 8         Q    And what -- under SC3 what indicators could
 9    there be through the minimum database check that a
10    person might not be or might be a U.S. citizen?
11         A    You have somebody that enters the country at 14
12    or 15 years old as an LPR, that's one that you -- you
13    know, immediately you might want to look a little bit
14    closer at, see if you can look at the parent to see if
15    the parents naturalized.  That's -- that's one of the
16    main ones.  When they see indicators like that, they
17    need -- they need to look at that a little bit further
18    to see if somebody derives citizenship.
19         Q    Were the officers working in the SC3 given
20    specific instructions about how to look for derivative
21    citizens?
22         A    They're all trained at -- they're all trained
23    on the -- the naturalization derivative charts.  They're
24    all trained in the law that's part of it.  They're all
25    trained at FLETC.  And yes, that's -- that's something
```

```
 1   probable cause to issue a detainer changed at any time
 2   from 2010 until the present?
 3        A    No.
 4             MR. WEINTRAUB:  Objection.  He doesn't --
 5   that's nationwide policy question you're asking.  And
 6   that's not his testimony.
 7   BY MS. PASQUARELLA:
 8        Q    Has the PERC's understanding of what
 9   constitutes probable cause to issue a detainer changed
10   at any time since PERC was created?
11        A    No.
12        Q    Did the SC3's understanding of what constituted
13   probable cause to issue a detainer change at any point
14   in the time period from October 2010 until SC3 was
15   eliminated?
16        A    No.
17        Q    Okay.  And is it -- is it the position of --
18   well, was probable cause always the standard that was
19   required from 2010 until the present to issue
20   immigration --
21             MR. WEINTRAUB:  Objection.  Calls for a legal
22   conclusion.
23             THE REPORTER:  I'm sorry.
24             MR. WEINTRAUB:  Objection.  Calls for a legal
25   conclusion.
```

Page 207