# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT
 2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
 3    _____
                                     )
 4    DUNCAN ROY, et al.,            )
                                     )
 5             Plaintiffs,           )
                                     )
 6         vs.                       )Case No.
                                     )CV 12-09012 BRO (FFMx)
 7    LOS ANGELES COUNTY SHERIFF'S   )
      DEPARTMENT, et al.,            )Consolidated with:
 8                                   )Case No.
               Defendants.           )CV 13-04416 BRO FFMx)
 9    _____)
                                     )
10    SEE NEXT PAGE FOR COMPLETE     )
      CAPTION.                       )      VOLUME I
11    _____)
      _____
12
13              CONTAINS CONFIDENTIAL TESTIMONY
14                PURSUANT TO PROTECTIVE ORDER
15             DEPOSITION OF JAMES ANTHONY HAMM
16           AS THE PERSON MOST KNOWLEDGEABLE FOR
17            IMMIGRATION AND CUSTOMS ENFORCEMENT
18                   Los Angeles, California
19                 Wednesday, March 16, 2016
20    Reported by:
21    LORI SCINTA, RPR
22    CSR No. 4811
23    Job No. 2273709
24    PAGES 1 - 274
25    SEE PAGE 12 FOR LISTING OF CONFIDENTIAL PAGES


                                                    Page 1
```

```
 1            Is there anything else CAP does in issuing a
 2   detainer?
 3       A   No.
 4       Q   At any point, do CAP officers seek judicial
 5   review of the detainer?
 6       A   Judicial review?
 7       Q   At any point, does a CAP officer ask a judge to
 8   review the detainer?
 9       A   No.  And that's why I repeated that.  I wanted
10   to make sure that you were referring to a judge.
11       Q   Yes.  Sorry.
12            At any point, do CAP officers make an
13   assessment of whether or not the individual who is
14   subject to the detainer is a flight risk?
15       A   Repeat that once more.  I got it.  I just want
16   to make sure that I answer your question correctly.
17       Q   Sure.
18            I want to know if a CAP officer at any point
19   makes an assessment whether an individual who's going to
20   be subject to a detainer presents a flight risk, whether
21   the person is likely to escape?
22       A   Yes.
23       Q   Okay.  How does the CAP officer make that
24   determination?
25       A   It would depend.  It would depend on the set of
```

Page 57

```
 1    facts that are acquired during the investigative -- the
 2    electronic investigative process.
 3              You look at the criminal history printout.  The
 4    criminal history printout can communicate there's a
 5    probability of this individual being a flight risk,
 6    and...
 7         Q   Okay.  Were you -- I'm sorry.  I don't know if
 8    you're done.
 9         A   In addition to that, whenever that person is
10    processed, placed into removal proceedings --
11         Q   Uh-huh.
12         A   -- the machine electronically also assess
13    whether or not the individual will be a flight risk.
14         Q   I want to stick right now to what happens
15    before the detainer is issued as opposed to what happens
16    later after the person comes into ICE custody --
17         A   Okay.
18         Q   -- is that okay?
19              So do CAP officers make that assessment of
20    flight risk before issuing the detainer?
21         A   No.
22         Q   Okay.  We talked about a lot of electronic data
23    uses.  If I say an A file, are you familiar with that?
24         A   Yes.
25         Q   What is an A file?
```

Page 58

```
 1   a --
 2       A    Correction.  May of 2014, not -- 2015.  I
 3   apologize.  Because we're in 2016 now.
 4       Q    Okay.  Why did it change in May of 2015?
 5       A    The 287(g) program was no longer honored by
 6   Los Angeles County Sheriff's Department.
 7            The memorandum of understanding between ICE and
 8   Los Angeles County Sheriff's Department was no longer in
 9   effect, and it changed the operation subsequent to the
10   termination of the program.
11       Q    How did it change the schedule of pickups?
12       A    Well, prior to or around that time frame, the
13   pickup was set for any time Los Angeles County contacted
14   ICE, ICE would have to be readily available to come pick
15   up the inmate or the inmates.
16       Q    That's prior to -- prior to May 2015?
17       A    Yes.  Somewhere within 2015 where this all
18   commenced where the standards were starting to change.
19   I don't know the exact date --
20       Q    Uh-huh.
21       A    -- but ICE was notified, and they would have to
22   pick them up immediately.
23       Q    Okay.  And that started sometime in 2015?
24       A    Yes.  I don't know the exact date, so I
25   can't --
```

Page 165

1  subjects?
2      A   Yes.
3      Q   And you had said that there was a 30 percent
4  error rate, three out of ten, to the databases that you
5  were asked about.
6          Is that -- did you do any research to come up
7  with that figure?
8      A   No.  There was no empirical research that was
9  done.
10     Q   Have you run any statistics to get that figure?
11     A   No.
12     Q   Thanks.
13         Finally, you were asked about whether ICE
14  agents engage in any flight risk assessment before
15  issuing a detainer, and you had said no.
16         And I'm curious.  I'm curious if that's, in
17  fact, the case, I guess.
18     A   No.  I had a correction on that.
19         In regards to foreign-born inmates being a
20  flight risk, that is the essence of the I-247 detainer,
21  to avoid any flight risk.  The fact that a detainer is
22  being issued is an indication that those individuals are
23  a flight risk.  They're not going to be hanging out in
24  the lobby of the jail or come to the ICE office and say,
25  "Hey, I'm here in the country illegally.  Do whatever