# EXHIBIT E

```
 1                 UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3
 4   DUNCAN ROY; et al.,        )
                                ) Case No.:
 5            Plaintiffs,       ) CV 12-09012 BRO (FFMx)
                                )
 6       vs.                    ) Consolidated with Case No.:
                                ) CV 13-04416 BRO (FFMx)
 7   COUNTY OF LOS ANGELES;     )
     et al.,                    )
 8                              )
              Defendants.       )
 9   _____)
     GERARDO GONZALEZ; et al.,)
10                              )
              Plaintiffs,       )
11                              )
         vs.                    )
12                              )
     IMMIGRATION AND CUSTOMS    )
13   ENFORCEMENT, an entity;    )
     et al.,                    )
14                              )
              Defendants.       )
15   _____)
16
17         30(b)(6) DEPOSITION OF JAMES ANTHONY HAMM
                  Thursday, March 17, 2016
18                  Glendale, California
19      Reported by Deborah R. Meyers, CSR No. 8569
20
21         (THIS TRANSCRIPT INCLUDES TESTIMONY AND
           EXHIBITS COVERED BY PROTECTIVE ORDER)
22
23
24
25
```

1              I'm talking about in a typical scenario, what

2    is the first step that ICE would go through in making

3    the determination about whether to lodge a detainer with

4    the LA County Sheriff's Department?

5         A    Well, first step, we want to establish

6    identity, alienage.  We want to see if it falls within

7    ICE current enforcement priority category.  After that

8    we establish removability and probable cause, and an

9    I-247 detainer will follow.

10        Q    What steps are taken to determine identity?

11   And what I mean by that is are databases reviewed to

12   make that determination?

13        A    Databases are reviewed.  If needed, an

14   interview will also ensue to further solidify this

15   individual's identity.

16        Q    I know there's a variety of databases that can

17   be checked in any given circumstance.  Can you run

18   through for me some of the databases that you might

19   check?

20        A    Person Centric Query System, PCQS.

21        Q    Let's start there because that's a -- first of

22   all, let's make sure the court reporter gets it.  What

23   was it, one more time?

24        A    Person Centric Query System, PCQS.

25        Q    Now, as I understand, that system is sort of an

```
 1        Q    Do you consider the information that's

 2   contained in the EAGLE system reliable?

 3        A    Yes.

 4        Q    Do you have any reason to believe it's not

 5   reliable?

 6        A    No.

 7        Q    And there's the TECS system.  What type of

 8   information is maintained in that system?

 9        A    That's a Treasury Enforcement database.  Name,

10   FBI number.  There's a lot of information that's

11   contained in TECS, but the information that's contained

12   in TECS is essential to establishing identity and

13   alienage of persons of interest.

14        Q    And do you have any reason to believe the

15   information in the TECS system is unreliable?

16        A    No.

17        Q    How about the CLAIMS system?  What is the

18   CLAIMS system?

19        A    That's a system that's managed by Citizenship

20   and Immigration Services, and there's no reason to

21   believe that the information that's contained in CLAIMS

22   is unreliable as well.

23        Q    Jumping ahead.  I see what you're doing there.

24   That's a joke.

25        A    Okay.
```

 1   is a warrant or information or criminal information

 2   contained in that database in reference to that person,

 3   it will come up.  And then further investigation would

 4   ensue.

 5        Q     Any reason to believe that system contains

 6   unreliable information?

 7        A     No.

 8        Q     What is the CIS system?

 9        A     That's the Citizenship Immigration Services

10   database.

11        Q     What type of information is contained in that

12   system?

13        A     It contains information of foreign-born person,

14   name, date of birth, time of -- it identifies when the

15   person was encountered, it identifies whether the person

16   has submitted application to Citizenship and Immigration

17   Services, and there's no reason to believe that database

18   is unreliable as well.

19        Q     Okay.  How about the IDENT -- I'm sorry.  We

20   already went through that one.

21        A     Yes.

22        Q     Do you know what the CCDI system is?

23        A     That's a State database.  That controls -- that

24   database contains information about US passport

25   information, also various applications that are

1    be relied upon in making the probable cause

2    determination?  Is that fair?

3        A    Yes.

4        Q    Now, the determination of probable cause to

5    establish an individual's removability is based on the

6    totality of the searches that are run; correct?

7        A    Yes.

8        Q    It's not based on a single database query;

9    right?

10       A    That's correct.

11       Q    So do you remember yesterday there was some

12   testimony about there being occasionally an error in

13   some of the systems?  Do you remember that testimony?

14       A    Yes.

15       Q    Now, is it accurate to say that that type of

16   situation can be overcome by the totality of the

17   searches that are run before a detainer is issued?

18       A    Yes.

19            MS. BATTLES:  Objection.  Vague and ambiguous.

20   BY MR. CLARK:

21       Q    You can answer.

22       A    Yes.

23       Q    My point being that simply because there might

24   be an error in one of these systems -- you know, I think

25   you testified yesterday those errors could come simply

1   from human error in entering information into the

2   system.

3           In that circumstance, an error in one of these

4   systems would not prevent additional searches to be run

5   in other systems to complete an investigation into

6   whether or not probable cause exists as to an

7   individual's removability from the United States; is

8   that right?

9       A    Yes.

10      Q    I'll mark a few exhibits here which I'm sure

11  you've seen before.

12          That's 1024.  Here is 1025 and 1026.  This will

13  be 1027.  This will be 1028 and finally 1029.

14          (COLA Exhibits 1024, 1025, 1026, 1027, 1028,

15          and 1029 were marked for identification by the

16          reporter and are included herewith.)

17          MR. WEINTRAUB:  Can we go off and talk outside?

18          MR. CLARK:  Sure.

19          (Recess taken from 11:09 a.m. to 11:17 a.m.)

20          MR. CLARK:  Back on the record.

21      Q    James, right before we took a break, I

22  introduced as exhibits to this deposition a variety

23  of -- a variety of forms related to immigration

24  detainers.  I recognize one of them is not actually --

25  sorry -- two of them are not detainer request forms