1 | PAUL B. BEACH, State Bar No. 166265
   | pbeach@lbaclaw.com
2 | JIN S. CHOI, State Bar No. 180270
   | jchoi@lbaclaw.com
3 | JUSTIN W. CLARK, State Bar No. 235477
   | jclark@lbaclaw.com
4 | LAWRENCE BEACH ALLEN & CHOI, PC
   | 100 West Broadway, Suite 1200
5 | Glendale, California 91210-1219
   | Telephone No. (818) 545-1925
6 | Facsimile No. (818) 545-1937

7 | Attorneys for Defendants and Third Parties
8 | County of Los Angeles and Sheriff Leroy D. Baca

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DUNCAN ROY; et al., | Case No. CV 12-09012 BRO (FFMx) |
|---|---|
| Plaintiffs, | Consolidated with:<br>Case No. CV 13-04416 BRO (FFMx) |
| vs. | Honorable Beverly Reid O'Connell |
| COUNTY OF LOS ANGELES; et al., | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION REGARDING LIABILITY ISSUES** |
| Defendants. | |
| GERARDO GONZALEZ; et al., | |
| Plaintiffs, | *[Reply to Plaintiffs' Opposition, Evidentiary Objections and Supplemental Declaration of Greg Silvard filed concurrently herewith]* |
| vs. | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, an entity; et al., | Date: August 28, 2017<br>Time: 1:30 p.m.<br>Crtm: 7C |
| Defendants. | |

1

ROY\Defts' RJN in support of Reply to Pltfs' Opp to MSJ

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

Defendants County of Los Angeles and Sheriff Leroy D. Baca, (collectively, "Defendants") hereby request the Court to take judicial notice, pursuant to Federal Rules of Evidence, Rule 201, of the following:

1) September 22, 2015 Correspondence from Sheriff Jim McDonnell to the Los Angeles County Board of Supervisors Regarding "Report Back Regarding the Priority Enforcement Program".

Defendants request that the Court take judicial notice of this letter, and the references therein regarding the Sheriff's Department's analysis and investigation that was completed before the Sheriff's decision to cooperate with ICE with respect to the Priority Enforcement Program.  *See*, Fed.R.Evid., Rule 201(b) ("A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."); *Von Koenig v. Snapple Beverage Corp.*, 713 F.Supp.2d 1066, 1073 (E.D. Cal. May 10, 2010) (taking judicial notice of FDA letters regarding the term "natural"); *Pozdol v. City of Miami*, 996 F.Supp.2d 1290, 1299 (S.D. Fla. 2014) (taking judicial notice of Department of Justice letter regarding history of use of force by the Miami Police Department); *Mack v. South Bay Beer Distributors, Inc.*, 729 F.2d 1279, 1282 (9th Cir. 1986).

Dated: July 21, 2017          LAWRENCE BEACH ALLEN & CHOI, PC

By _____/s/ Justin W. Clark_____
Justin W. Clark
Attorneys for Defendants and
Third Parties County of Los Angeles
and Sheriff Leroy D. Baca

2