PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JIN S. CHOI, State Bar No. 180270
jchoi@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants and Third Parties
County of Los Angeles and Sheriff Leroy D. Baca

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNCAN ROY; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES; et al., <br><br> Defendants. <br> _____ <br><br> GERARDO GONZALEZ; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT, an entity; et al., <br><br> Defendants. <br> _____ | Case No. CV 12-09012 BRO (FFMx) <br><br> Consolidated with: <br> Case No. CV 13-04416 BRO (FFMx) <br><br> Honorable Beverly Reid O'Connell <br><br> **COUNTY DEFENDANTS' NOTICE OF JOINDER IN ICE DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: August 28, 2017 <br> Time: 1:30 p.m. <br> Crtm: 7C |

1

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants County of Los Angeles and Sheriff Leroy D. Baca hereby join in ICE's Statement of Uncontroverted Facts and Conclusions of Law in Opposition to Plaintiffs' Motion for Summary Judgment (Docket No. 272-1).  Specifically, the County Defendants hereby incorporate by reference ICE's responses and objections to Plaintiffs' fact nos. 22-153.  Plaintiffs submitted listed these alleged facts as additional facts in their Statement of Genuine Issues in Opposition to the County Defendants' Motion for Summary Judgment (Docket No. 279).

Dated:  July 21, 2017              LAWRENCE BEACH ALLEN & CHOI, PC


By _____/s/  Justin W. Clark_____
   Justin W. Clark
   Attorneys for Defendants and
   Third Parties County of Los Angeles
   and Sheriff Leroy D. Baca

ROY\Notice of Joinder in ICE MSJ

2