UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNCAN ROY; et al.,<br>Plaintiffs,<br>vs.<br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br>Defendants.<br><br>GERARDO GONZALEZ; et al.,<br>Plaintiffs,<br>vs.<br>IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,<br>Defendants. | Case No. CV 12-09012 BRO (FFMx)<br>Consolidated with:<br>Case No. CV 13-04416 BRO (FFMx)<br><br>Honorable Beverly Reid O'Connell<br><br>**ORDER GRANTING GONZALEZ PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE SURREPLY** |

1 | The Court, having considered Plaintiffs' Ex Parte Application for Leave to
File Surreply, and for good cause appearing,

IT IS ORDERED granting Plaintiffs' Application for Leave to File Surreply.

IT IS FURTHER ORDERED that Plaintiffs' Surreply, which was lodged with Plaintiffs' Application for Leave to File Surreply, shall be filed forthwith.

IT IS SO ORDERED.

DATED: August 7, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

1