CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
COLIN A. KISOR
Deputy Director
J. MAX WEINTRAUB
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
Tel.: (202) 305-7551
Fax: (202) 305-7000
Email: jacob.weintraub@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO GONZALEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No. CV12-9012 BRO(FFMx) <br> Consolidated with: <br> No. 2:13-cv-4416-BRO (FFMx) <br><br> **FEDERAL DEFENDANTS' MOTION UNDER LR 7-18 AND NOTICE OF MOTION TO RECONSIDER THE COURT'S FEBRUARY 7, 2018 ORDER** <br><br> DATE: Friday, April 13, 2018 <br> TIME: 1:30 p.m. <br> JUDGE: Hon. André Birotte, Jr. <br> Courtroom: 7B |

PLEASE TAKE NOTICE that on Friday, April 13, 2018, at 1:30 p.m., or as soon thereafter as the matter can be heard before the Honorable André Birotte, Jr. in Courtroom 7B of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA 90012, Defendants will and do hereby move this Court under LR 7-18 to reconsider portions of its February 7, 2018 (ECF No. 346) relating to Federal Defendants motion to dismiss and Plaintiffs' and Federal Defendants' motions for summary judgment of the Statutory Subclass.

Defendants base their motion on the accompanying Memorandum of Points and Authorities; declarations and exhibits, the pleadings and papers filed to date; such evidence and arguments that may be submitted on reply; and on such evidence and arguments presented at the time of hearing. This motion follows the conference of counsel pursuant to L.R. 7-3 which took place on March 8, 2018.

DATED: March 13, 2018       Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

COLIN A. KISOR
Deputy Director

*/s/ J. Max Weintraub*
J. MAX WEINTRAUB, VSB 36188
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 305-7551
Fax: (202) 305-7000
Email: jacob.weintraub@usdoj.gov

*Counsel for Defendants*