1  JENNIFER PASQUARELLA (SBN 263241)
   *jpasquarella@aclusocal.org*
2  MOHAMMAD TAJSAR (SBN 280152)
   *mtajsar@aclusocal.org*
3  ZOË MCKINNEY (SBN 312877)
   *zmckinney@aclusocal.org*
4  JORDAN WELLS, *pro hac vice*
   *jwells@aclusocal.org*
5  SYLVIA TORRES-GUILLÉN (SBN 164835)
   *storres-guillen@aclusocal.org*
6  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 W. 8th Street
7  Los Angeles, CA 90017
   Phone: (213) 977-9500
8  Facsimile: (213) 977-5299

9  Attorneys for Plaintiffs
   (continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DUNCAN ROY; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al., <br><br> Defendants. <br> ─────────────────────── <br> GERARDO GONZALEZ; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., <br><br> Defendants. | Case No. CV 12-09012 AB (FFMx) <br> Consolidated with: <br> Case No. CV 13-04416 AB (FFMx) <br><br> Honorable André Birotte Jr. <br><br> **JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION AS TO CLAIMS DECIDED AT SUMMARY JUDGMENT** |

BARRETT S. LITT (SBN 45527)
  blitt@kmbllaw.com
LINDSAY B. BATTLES (SBN 262862)
  lbattles@kmbllaw.com
KAYE, MCLANE, BEDNARSKI, & LITT
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

CHRIS NEWMAN (SBN 255616)
  newman@ndlon.org
JESSICA KARP BANSAL (SBN 277347)
  jbansal@ndlon.org
NATIONAL DAY LABOR ORGANIZING NETWORK
1030 S. Arroyo Pkwy, Suite 106
Pasadena, CA 91105
Telephone: (626) 799-2160
Facsimile: (626) 799-3560

MARK M. FLEMING, *pro hac vice*
  mfleming@heartlandalliance.org
RUBEN LOYO, *pro hac vice*
  rloyo@heartlandalliance.org
NATIONAL IMMIGRANT JUSTICE CENTER
208 S. LaSalle Street, Suite 1300
Chicago, IL 60604
Telephone: (312) 660-1628
Facsimile:(312) 660-1505

TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND TO THEIR COUNSEL OF RECORD:

    Pursuant to stipulation it is agreed by parties that, pending approval of the Court, the following briefing schedule shall apply to Gonzalez Plaintiffs' Motion for Permanent Injunction as to Claims Decided at Summary Judgment:

| | |
|---|---|
| Plaintiffs' Motion: | June 21, 2019 |
| Defendants' Response: | July 19, 2019 |
| Plaintiffs' Reply: | August 2, 2019 |
| Hearing Date: | August 16, 2019 |

    Respectfully submitted,

Dated: June 21, 2019    U.S. DEPARTMENT OF JUSTICE
By   /s/ J. Max Weintraub
    J. Max Weintraub
    Attorneys for United States of America

Dated: June 21, 2019    National Day Laborer Organizing Network
By   /s/ Jessica Karp Bansal[1]
    Jessica Karp Bansal
    Attorneys for *Gonzalez* Plaintiffs

---

[1] As the filer of this stipulation, I attest that all of the above parties concur in the content of the stipulation and have authorized its filing.

1