PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JIN S. CHOI, State Bar No.
jchoi@lbaclaw.com
JUSTIN W. CLARK, State Bar No.
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (310) 556-2920

Attorneys for Defendants and Third Parties
County of Los Angeles and Sheriff Leroy D. Baca

BARRETT S. LITT, SBN 45527
blitt@kmbllaw.com
LINDSAY BATTLES, SBN 262862
lbattles@kmbllaw.com
KAYE, MCLANE, BEDNARSKI & LITT
975 E. Green Street
Pasadena, California 91106
Telephone: (626) 844-7600
Facsimile: (626) 844-7670

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNCAN ROY; et al., | Case No. CV 12-09012 AB (FFMx) |
| Plaintiffs, | Consolidated with:<br>Case No. CV 13-04416 AB (FFMx) |
| vs. | |
| COUNTY OF LOS ANGELES, et al., | Honorable André Birotte Jr.<br>Courtroom "7B" |
| Defendants. | **STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES** |

| | |
|---|---|
| GERARDO GONZALEZ; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | *[Proposed Order Filed Concurrently Herewith]* <br><br> **Current Trial Date:** <br> September 11, 2019 <br><br> **Requested Trial Date:** <br> 12/10/19 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

    Plaintiffs and Defendants (collectively, "the Parties"), by and through their counsel of record, hereby stipulate as follows:

    WHEREAS, on October 2, 2018, the Parties advised the Court that they have been engaged in preliminary settlement discussions and remained in active mediation efforts but given the complexity of the case would require more time to participate in meaningful settlement discussions;

    WHEREAS, on October 24, 2018, this Court set the following trial and pretrial schedule in *Roy*:

- Trial: September 11, 2019;
- Pretrial Conference: August 23, 2019;
- Second round of pretrial filings: August 9, 2019; and
- First round of pretrial filings: August 2, 2019.

(*See*, Docket No. 425.)

    WHEREAS, on December 3, 2019, the parties mediated this matter with mediator, Antonio Piazza. Settlement negotiations resulted in settlement in principle, memorialized with a summary term sheet highlighting common areas of agreement and indicating how resolution of remaining outstanding issues could be achieved;

    WHEREAS, the Parties then continued with further settlement discussions after the mediation;

    WHEREAS, the Parties have exchanged a draft settlement agreement;

1  WHEREAS, the parties are optimistic about their tentative settlement
2  agreement, but several important aspects of the contemplated settlement agreement
3  must still be resolved and will require input from various county decision-makers,
4  including the LA County Sheriff's Department and the Los Angeles County Counsel;

5  WHEREAS, the parties continue to work diligently to resolve these issues and,
6  upon resolution of these issues, defendants will present a proposed settlement to the
7  Board of Supervisors and recommend it for approval;

8  WHEREAS, given the present circumstances and involvement of various
9  decision-makers, there is not enough time in the existing trial and pretrial schedule for
10 the Parties to finalize their settlement dialog;

11 WHEREAS, based on the above, the Parties believe good cause exists to
12 continue by 90 days the trial date and associated pretrial schedule set forth above.

Respectfully submitted,

DATED: July 22, 2019          KAYE, McLANE, BEDNARSKI, & LITT LLP


By:      */s/ Barrett S. Litt*
         BARRY LITT
         LINDSAY BATTLES
         Attorneys for Plaintiffs

DATED: July 22, 2019          LAWRENCE BEACH ALLEN & CHOI, PC


By:      */s/ Justin W. Clark*
         PAUL BEACH
         JUSTIN W. CLARK
         Attorneys for Defendants
         County of Los Angeles and
         Sheriff Leroy D. Baca