NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNCAN ROY; et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. CV 12-09012 AB (FFMx)<br><br>Consolidated with:<br>Case No. CV 13-04416 AB (FFMx)<br><br>Honorable André Birotte Jr.<br>Courtroom "7B"<br><br>**[PROPOSED]** **ORDER RE STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES**<br><br>**Current Trial Date:**<br>September ~~11~~ 10, 2019<br><br>**Requested Trial Date:**<br>12/10/19 |
| GERARDO GONZALEZ; et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | |

　　　GOOD CAUSE APPEARING, the Parties' stipulation to continue the trial and pretrial deadline is hereby GRANTED.

/ / /

/ / /

1    The Court sets the following new trial and pretrial deadlines:

2    Trial:                                December 10, 2019 at 8:30 am

3    Pretrial Conference:                  November 21 22, 2019 at 11:00 am

4    Second Round of Pretrial Filings:     November 7, 2019

5    First Round of Pretrial Filings:      October 31, 2019

     IT IS SO ORDERED.

     Date: July 23, 2019
     _____
     HONORABLE ANDRÉ BIROTTE JR.