JENNIFER PASQUARELLA (SBN 263241)
*jpasquarella@aclusocal.org*
JESSICA KARP BANSAL (SBN 277347)
*jbansal@aclusocal.org*
MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
ZOË MCKINNEY (SBN 312877)
*zmckinney@aclusocal.org*
JORDAN WELLS, *pro hac vice*
*jwells@aclusocal.org*
SYLVIA TORRES-GUILLÉN (SBN 164835)
*storres-guillen@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Facsimile:  (213) 977-5299

Attorneys for Plaintiffs
(continued on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DUNCAN ROY; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al., <br><br> Defendants. <br>_____<br><br> GERARDO GONZALEZ; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., <br><br> Defendants. | Case No. CV 12-09012 AB (FFMx) <br> Consolidated with: <br> Case No. CV 13-04416 AB (FFMx) <br><br> Honorable André Birotte Jr. <br><br> **DECLARATION OF JENNIFER PASQUARELLA** |

BARRETT S. LITT (SBN 45527)
  blitt@kmbllaw.com
LINDSAY B. BATTLES (SBN 262862)
  lbattles@kmbllaw.com
KAYE, MCLANE, BEDNARSKI, & LITT
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

CHRIS NEWMAN (SBN 255616)
  newman@ndlon.org
NATIONAL DAY LABOR ORGANIZING NETWORK
1030 S. Arroyo Pkwy, Suite 106
Pasadena, CA 91105
Telephone: (626) 799-2160
Facsimile: (626) 799-3560

MARK M. FLEMING, *pro hac vice*
  mfleming@heartlandalliance.org
RUBEN LOYO, *pro hac vice*
  rloyo@heartlandalliance.org
NATIONAL IMMIGRANT JUSTICE CENTER
208 S. LaSalle Street, Suite 1300
Chicago, IL 60604
Telephone: (312) 660-1628
Facsimile: (312) 660-1505

## DECLARATION OF JENNIFER PASQUARELLA

I, Jennifer Pasquarella, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am a senior staff attorney and director of immigrants' rights for the ACLU of Southern California. I am one of the attorneys for the Plaintiffs in this matter.

3. On October 29, 2019, I received information from Jean Costanza, a Deputy Alternate Public Defender, in the Alternate Public Defender's ("APD") office of Los Angeles County. She informed me that as of that date, there were 22 APD clients in custody with immigration detainers. Of those, seven of them were based on databases only (the third check box on the form).

4. Attached hereto as Exhibit A are redacted copies of the seven database-only detainers. Each one was issued by the PERC.

5. I located information about all except one of these individuals through the Los Angeles Sheriff's Department's ("LASD") inmate search website and determined that six of them are still in LASD custody, while one was released after Ms. Constanza contacted me.

6. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed the 12th day of November in Los Angeles, California.

_____
Jennifer Pasquarella

1

# Exhibit A

NOV-28-2017  11:26    FROM  L.A. CO SHERIFF           TO  913234157992              P.001

Booking # ███████

FBI/ ███
BK # ███

**DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION DETAINER - NOTICE OF ACTION**

Subject ID: ███
Event #: ███

File No: ███
Date: November 21, 2017

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) EL MONTE POLICE DEPT.
Fax# 626-602-3852
11333 VALLEY BLVD.
EL MONTE, CA 917319293

FROM: (Department of Homeland Security Office Address)
ERO - Westminster, CA Sub Office
ICE
ERO PERC LAGUNA NIGUEL
24000 AVILA RD RM# 1552
LAGUNA NIGUEL, CA 92677

Name of Alien: ███

Date of Birth: ███     Citizenship: HONDURAS     Sex: M

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON (complete box 1 of 2):**

☐ A final order of removal against the alien;
☐ The pendency of ongoing removal proceedings against the alien;
☒ Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
☐ Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION (complete box 2 of 2):**

☐ Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

IT IS THEREFORE REQUESTED THAT YOU:

* Notify DHS as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling ☒ U.S. Immigration and Customs Enforcement (ICE) or ☐ U.S. Customs and Border Protection (CBP) at (213) 830-4925. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
* Maintain custody of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien must be served with a copy of this form for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
* Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
* Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

☐ If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

S 6414 RAM - Deportation Officer
(Name and title of Immigration Officer)               (Signature of Immigration Officer) (Sign in ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**FAXED**

TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.
Local Booking/Inmate #: _____   Estimated release date/time: _____
Date of latest criminal charge/conviction: _____   Last offense charged/conviction: 11/28/17
This form was served upon the alien on _____, in the following manner:
☐ in person   ☐ by inmate mail delivery   ☐ other (please specify): _____

_____                    _____
(Name and title of Officer)                    (Signature of Officer) (Sign in Ink)

Page 1 of 3

DEPARTMENT OF HOMELAND SECURITY
**IMMIGRATION DETAINER - NOTICE OF ACTION**

Subject ID: 
Event #: 

File No: 
Date: February 10, 2018

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) LOS ANGELES CO CENTRAL JA
441 BAUCHET ST
LOS ANGELES, CA 900120000

FROM: (Department of Homeland Security Office Address)
ERO - Westminster, CA Sub Office
ICE
ERO PERC LAGUNA NIGUEL
24000 AVILA RD RM# 1552
LAGUNA NIGUEL, CA 92677

Name of Alien: 

Date of Birth:                Citizenship: HONDURAS           Sex: M

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON** (complete box 1 or 2).

- [ ] A final order of removal against the alien;
- [ ] The pendency of ongoing removal proceedings against the alien;
- [x] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** (complete box 1 or 2).

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

**IT IS THEREFORE REQUESTED THAT YOU:**

- Notify DHS as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [x] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at 213-830-4925. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- Maintain custody of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien must be served with a copy of this form for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
- Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

- [ ] If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

A 6975 CASTILLO - DO
(Name and title of Immigration Officer)

(Signature of Immigration Officer) (Sign in ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.
Local Booking/Inmate #: _____  Estimated release date/time: _____
Date of latest criminal charge/conviction: _____  Last offense charged/conviction: _____
This form was served upon the alien on _____, in the following manner:
- [ ] in person  [ ] by inmate mail delivery  [ ] other (please specify): _____

(Name and title of Officer)                    (Signature of Officer) (Sign in ink)

DHS Form I-247A (3/17)                                                Page 1 of 2

DEPARTMENT OF HOMELAND SECURITY
**IMMIGRATION DETAINER - NOTICE OF ACTION**

Subject ID: ▓▓▓▓
Event #: ▓▓▓▓

File No:
Date: January 18, 2019

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) LOS ANGELES COUNTY JAIL-T
450 BAUCHET ST.
LOS ANGELES, CA 90012

FROM: (Department of Homeland Security Office Address)
ERO - Westminster, CA Sub Office
ICE
ERO PERC LAGUNA NIGUEL
24000 AVILA RD RM# 1552
LAGUNA NIGUEL, CA 92677

Name of Alien: ▓▓▓▓

Date of Birth: ▓▓▓▓    Citizenship: CHILE    Sex: M

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON (complete box 1 or 2).**

☐ A final order of removal against the alien;
☐ The pendency of ongoing removal proceedings against the alien;
☒ Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
☐ Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION (complete box 1 or 2).**

☐ Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

**IT IS THEREFORE REQUESTED THAT YOU:**

* **Notify DHS** as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling ☒ U.S. Immigration and Customs Enforcement (ICE) or ☐ U.S. Customs and Border Protection (CBP) at 213-830-4925. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
* **Maintain custody** of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien **must be served with a copy of this form** for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
* Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
* Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

☐ If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

C 7211 CANO - Deportation Officer                 /s/ Oscar M Cano
(Name and title of Immigration Officer)            (Signature of Immigration Officer) (Sign in ink)

**Notice:** If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.
Local Booking/Inmate #: _____    Estimated release date/time: _____
Date of latest criminal charge/conviction: _____    Last offense charged/conviction: _____
This form was served upon the alien on _____, in the following manner:
☐ in person   ☐ by inmate mail delivery   ☐ other (please specify): _____

(Name and title of Officer)                (Signature of Officer) (Sign in ink)
DHS Form I-247A (3/17)                                              Page 1 of 3

| BKN: ███ | | |
|---|---|---|
| FBI: ███ | DEPARTMENT OF HOMELAND SECURITY | |
| SID: ███ | **IMMIGRATION DETAINER - NOTICE OF ACTION** | |

Subject ID: ███
Event #: ███

| | File No: |
|---|---|
| | Date: June 1, 2019 |

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) LOS ANGELES COUNTY JAIL-T
450 BAUCHET ST.
LOS ANGELES, CA 90012

FROM: (Department of Homeland Security Office Address)
ERO - Westminster, CA Sub Office
ICE
ERO PERC LAGUNA NIGUEL
24000 AVILA RD RM# 1552
LAGUNA NIGUEL, CA 92677

Name of Alien: ███

Date of Birth: ███   Citizenship: MEXICO   Sex: M

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON** *(complete box 1 or 2).*

- [ ] A final order of removal against the alien;
- [ ] The pendency of ongoing removal proceedings against the alien;
- [X] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** *(complete box 1 or 2).*

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

IT IS THEREFORE REQUESTED THAT YOU:

- Notify DHS as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [X] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at 213-830-4925. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- Maintain custody of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien must be served with a copy of this form for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
- Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

- [ ] If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

MYRON MOORE - DO       *MMoore*
(Name and title of Immigration Officer)       (Signature of Immigration Officer) (Sign in ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.
Local Booking/Inmate #: _____   Estimated release date/time: _____
Date of latest criminal charge/conviction: _____   Last offense charged/conviction: _____
This form was served upon the alien on _____, in the following manner:
- [ ] in person  [ ] by inmate mail delivery  [ ] other (please specify): _____

_____ (Name and title of Officer)   _____ (Signature of Officer) (Sign in ink)

DHS Form I-247A (3/17)                                                          Page 1 of 3

| FBI/ ▉ | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| SID/ ▉ | **IMMIGRATION DETAINER - NOTICE OF ACTION** |
| FIN/ ▉ | |

| Subject ID: ▉ | BK# ▉ | File No: |
|---|---|---|
| Event #: ▉ | | Date: August 1, 2019 |

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) LOS ANGELES COUNTY JAIL-T
450 BAUCHET ST.
LOS ANGELES, CA 90012
FAX# 323-415-7986
ALT# 323-415-7992

FROM: (Department of Homeland Security Office Address)
ERO - Westminster, CA Sub Office
ICE
ERO PERC LAGUNA NIGUEL
24000 AVILA RD RM# 1552
LAGUNA NIGUEL, CA 92677

Name of Alien: ▉

Date of Birth: ▉   Citizenship: MEXICO   Sex: F

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON** *(complete box 1 or 2).*   SID #: ▉

- [ ] A final order of removal against the alien;
- [ ] The pendency of ongoing removal proceedings against the alien;
- [X] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. Immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** *(complete box 1 or 2).*

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

**IT IS THEREFORE REQUESTED THAT YOU:**

- **Notify DHS** as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [X] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at (213) 830-4927. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- **Maintain custody** of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien **must be served with a copy of this form** for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters
- Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

- [ ] If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

9015 JONG J - DO                                    _(signature)_
(Name and title of Immigration Officer)              (Signature of Immigration Officer) (Sign in Ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.

Local Booking/Inmate #: _____   Estimated release date/time: _____

Date of latest criminal charge/conviction: _____   Last offense charged/conviction: _____

This form was served upon the alien on _____, in the following manner:

- [ ] In person   [ ] by inmate mail delivery   [ ] other (please specify): _____

_____              _____
(Name and title of Officer)              (Signature of Officer) (Sign in Ink)

DHS Form I-247A (3/17)                                                    Page 1 of 3

| | | |
|---|---|---|
| FBI/ [redacted] <br> SID/ [redacted] <br> FIN/ [redacted] | **DEPARTMENT OF HOMELAND SECURITY** <br> **IMMIGRATION DETAINER - NOTICE OF ACTION** | |
| Subject ID: [redacted] <br> Event #: [redacted] | BK# [redacted] | File No: <br> Date: September 11, 2019 |

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) LOS ANGELES COUNTY JAIL-T
450 BAUCHET ST.
LOS ANGELES, CA 90012
FAX# (323) 415-7986
ALT# (323) 415-7992

FROM: (Department of Homeland Security Office Address)
ERO - Westminster, CA Sub Office
ICE
ERO PERC LAGUNA NIGUEL
24000 AVILA RD RM# 1552
LAGUNA NIGUEL, CA 92677

Name of Alien: [redacted]

Date of Birth: [redacted]   Citizenship: MEXICO   Sex: M

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON** (complete box 1 or 2).   BID #: [redacted]

- [ ] A final order of removal against the alien;
- [ ] The pendency of ongoing removal proceedings against the alien;
- [x] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. Immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** (complete box 1 or 2).

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

IT IS THEREFORE REQUESTED THAT YOU:

- **Notify DHS** as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [x] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at 213-830-4927. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- **Maintain custody** of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien **must be served with a copy of this form** for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
- Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

- [ ] If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

9015 JONG J - DO
(Name and title of Immigration Officer)       (Signature of Immigration Officer) (Sign in ink)

**Notice:** If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.

Local Booking/Inmate #: _____   Estimated release date/time: _____

Date of latest criminal charge/conviction: _____   Last offense charged/conviction: _____

This form was served upon the alien on _____, in the following manner:

- [ ] in person   [ ] by inmate mail delivery   [ ] other (please specify): _____

_____ (Name and title of Officer)       _____ (Signature of Officer) (Sign in ink)

DHS Form I-247A (3/17)                                                                                           Page 1 of 3

ghtfax    2019-09-11 04:27:43 (GMT -08:00)    Page 2/6
Case 2:12-cv-09012-AB-FFM   Document 561-3   Filed 11/12/19   Page 11 of 11   Page ID #:20367

RECEIVED ON 9-11-19 @ 0227 HRS

# DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION DETAINER - NOTICE OF ACTION

| Subject ID: | OK# | File No: |
|---|---|---|
| Event #: | | Date: September 11, 2019 |

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) LOS ANGELES CO CENTRAL JA
441 BAUCHET ST
LOS ANGELES, CA 900120000

FROM: (Department of Homeland Security Office Address)
ERO - Westminster, CA Sub Office
ICE
ERO PERC LAGUNA NIGUEL
24000 AVILA RD RM# 1552
LAGUNA NIGUEL, CA 92677

Name of Alien: 

Date of Birth: _____ Citizenship: MEXICO     Sex: M

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON** *(complete box 1 or 2).*    SID #:

- [ ] A final order of removal against the alien;
- [ ] The pendency of ongoing removal proceedings against the alien;
- [x] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** *(complete box 1 or 2).*

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

IT IS THEREFORE REQUESTED THAT YOU:

- **Notify DHS** as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [x] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at 213-830-4925. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- **Maintain custody** of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien **must be served with a copy of this form** for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
- **Relay** this detainer to any other law enforcement agency to which you transfer custody of the alien.
- **Notify** this office in the event of the alien's death, hospitalization or transfer to another institution.

- [ ] If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

DAVID CABRERA JR - Deportation Officer
(Name and title of Immigration Officer)                     (Signature of Immigration Officer) (Sign in ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.

Local Booking/Inmate #: _____   Estimated release date/time: _____

Date of latest criminal charge/conviction: _____   Last offense charged/conviction: _____

This form was served upon the alien on _____, in the following manner:

- [ ] In person   [ ] by inmate mail delivery   [ ] other (please specify): _____

(Name and title of Officer)                     (Signature of Officer) (Sign in ink)

DHS Form I-247A (3/17)                                                         Page 1 of 3