**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUNCAN ROY; et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>            Defendants. | Case No. CV 12-09012 AB (FFMx)<br><br>Consolidated with:<br>Case No. CV 13-04416 AB (FFMx)<br><br>Honorable André Birotte Jr.<br>Courtroom "7B"<br><br>[PROPOSED] ORDER CONTINUING FEBRUARY 7, 2020 STATUS CONFERENCE |
| GERARDO GONZALEZ; et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>            Defendants. | |

**GOOD CAUSE APPEARING**, and pursuant to the Stipulation between the parties (Dkt. No. 572), the February 7, 2020 Status Conference is hereby continued to March 6, 2020, at 10:00 am.

**IT IS SO ORDERED.**

Dated: February 5, 2020

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE