UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 2 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CLEMENT DE LA CERDA; et al.,

          Plaintiffs-Appellees,

 and

DUNCAN ROY; et al.,

          Plaintiffs,


  v.


U.S. DEPARTMENT OF HOMELAND
SECURITY,

          Objector-Appellant,

 and

IMMIGRATION AND CUSTOMS
ENFORCEMENT; et al.,

          Defendants-Appellants,


  v.


 COUNTY OF LOS ANGELES; et al.,

          Defendants,

JOHN MORTON; JOHN SANDWEG,

No.    20-55175

D.C. Nos.
2:12-cv-09012-AB-FFM
2:13-cv-04416-AB-FFM
Central District of California,
Los Angeles

ORDER

SLL

```
                    Defendants,

    v.

COUNTY OF LOS ANGELES; LEROY D.
BACA,

                    Movants.
```

Before:  CANBY, GOULD, and WATFORD, Circuit Judges.

Appellants' emergency motion for a stay of the district court's February 5, 2020 order pending appeal (Docket Entry No. 2) is granted in part and denied in part.  *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

The motion for a stay is granted as to that portion of the order enjoining Immigration and Customs Enforcement from "issuing detainers seeking the detention of Probable Cause Subclass members to law enforcement agencies in states that lack state law permitting state and local law enforcement agencies to make civil immigration arrests based on civil immigration detainers only."  District Court Order at 4.

The motion for a stay is denied in all other respects.

Appellants' request to expedite this appeal is granted.

The opening brief is due March 20, 2020.  The answering brief is due April 10, 2020.  The optional reply brief is due April 17, 2020.

20-55175

The Clerk shall calendar this appeal for hearing in May, 2020.  *See* 9th Cir.

Gen. Ord. 3.3.

20-55175