| | |
|---|---|
| 1 | JENNIFER PASQUARELLA (SBN 263241) |
|   | *jpasquarella@aclusocal.org* |
| 2 | JESSICA KARP BANSAL (SBN 277347) |
|   | *jbansal@aclusocal.org* |
| 3 | MOHAMMAD TAJSAR (SBN 280152) |
|   | *mtajsar@aclusocal.org* |
| 4 | ZOË MCKINNEY (SBN 312877) |
|   | *zmckinney@aclusocal.org* |
| 5 | JORDAN WELLS, *pro hac vice* |
|   | *jwells@aclusocal.org* |
| 6 | SYLVIA TORRES-GUILLÉN (SBN 164835) |
|   | *storres-guillen@aclusocal.org* |
| 7 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA |
|   | 1313 W. 8th Street |
| 8 | Los Angeles, CA 90017 |
|   | Phone: (213) 977-9500 |
| 9 | Facsimile: (213) 977-5299 |
| 10 | Attorneys for Plaintiffs |
|   | (continued on next page) |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DUNCAN ROY; et al., | Case No. CV 12-09012 AB (FFMx) |
|   | Consolidated with: |
| Plaintiffs, | Case No. CV 13-04416 AB (FFMx) |
| vs. | |
|   | Honorable André Birotte Jr. |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al., | **JOINT STIPULATION TO DECONSOLIDATE CASES** |
| Defendants. | |
| GERARDO GONZALEZ; et al., | |
| Plaintiffs, | |
| vs. | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., | |
| Defendants. | |

BARRETT S. LITT (SBN 45527)
 *blitt@kmbllaw.com*
LINDSAY B. BATTLES (SBN 262862)
 *lbattles@kmbllaw.com*
KAYE, MCLANE, BEDNARSKI, & LITT
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

CHRIS NEWMAN (SBN 255616)
 *newman@ndlon.org*
NATIONAL DAY LABOR ORGANIZING NETWORK
1030 S. Arroyo Pkwy, Suite 106
Pasadena, CA 91105
Telephone: (626) 799-2160
Facsimile: (626) 799-3560

MARK M. FLEMING, *pro hac vice*
 *mfleming@heartlandalliance.org*
RUBEN LOYO, *pro hac vice*
 *rloyo@heartlandalliance.org*
NATIONAL IMMIGRANT JUSTICE CENTER
208 S. LaSalle Street, Suite 1300
Chicago, IL 60604
Telephone: (312) 660-1628
Facsimile:(312) 660-1505

TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND TO THEIR COUNSEL OF RECORD:

Pursuant to stipulation, it is agreed by the parties that, pending approval of the Court, the consolidated above-captioned cases should be de-consolidated.

On July 28, 2015, the Honorable Beverly Reid O'Connell granted the *Roy* Defendants' motion to consolidate the *Roy* and *Gonzalez* cases and ordered that they be consolidated for pretrial purposes only. Dkt. 91 at 10. On October 24, 2018, this Court ordered the cases to remain consolidated "until the conclusion of trial in either case, at which point the Court will reconsider whether consolidation is still appropriate." Dkt. 425 at 2.

Trial in *Gonzalez v. ICE* was held in May 2019 and this Court issued final judgment in the *Gonzalez* case on February 5, 2020. Dkt. 574. This case is now on cross-appeal before the Ninth Circuit.

*Roy v. County of Los Angeles* is currently pending resolution of settlement negotiations and the parties are scheduled to appear before the Court on the status of the settlement negotiations on May 15, 2020 at 10am.

As this Court is aware, the *Roy* and *Gonzalez* matters do not involve any overlapping Plaintiffs or Defendants.

Given the status of both cases, the parties jointly request that the Court deconsolidate the cases at this juncture. Doing so will prevent further confusion at the Ninth Circuit regarding which case is on appeal, as until the cases are deconsolidated, the Ninth Circuit has the *Gonzalez* appeal docketed as an appeal from the *Roy* case number, an issue that the Ninth Circuit has represented to Plaintiffs' counsel cannot be corrected until the cases are deconsolidated at the district court.

/ / /

/ / /

/ / /

Respectfully submitted,

Dated: March 17, 2020

U.S. DEPARTMENT OF JUSTICE
By    /s/ J. Max Weintraub
    J. Max Weintraub
    Attorneys for United States of America

Dated: March 17, 2020

COUNTY OF LOS ANGELES
By    /s/ Justin Clark
    Justin Clark
    Attorneys for County of Los Angeles

Dated: March 17, 2020

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
By    /s/ Jennifer Pasquarella[1]
    Jennifer Pasquarella
    Attorneys for *Gonzalez* and *Roy* Plaintiffs

---

[1] As the filer of this stipulation, I attest that all of the above parties concur in the content of the stipulation and have authorized its filing.