NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DUNCAN ROY; et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>　　　　　Defendants.<br>_____<br>GERARDO GONZALEZ; et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　Defendants. | Case No. CV 12-09012-AB (FFMx)<br>Consolidated with:<br>Case No. CV 13-04416-AB (FFMx)<br><br>Honorable André Birotte Jr.<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DECONSOLIDATE CASES** |

Good cause appearing, the Parties' Joint Stipulation to Deconsolidate Cases (Dkt. No. 586) is hereby **GRANTED** from this point forward.  The Court hereby **ORDERS** that the above-captioned cases be **DE-CONSOLIDATED**.

**IT IS SO ORDERED.**

Dated:  March 18, 2020              _____
                                                            ANDRÉ BIROTTE JR.
                                                            UNITED STATES DISTRICT JUDGE