BARRETT S. LITT (SBN 45527)
Email: blitt@kmbllaw.com
LINDSAY B. BATTLES (SBN 262862)
Email: lbattles@kmbllaw.com
KAYE, MCLANE, BEDNARSKI, & LITT
975 East Green Street, Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670
    Attorneys for Plaintiffs

ANDREW BAUM (SBN 190397)
Email: abaum@glaserweil.com
GLASER WEIL
10250 Constellation Blvd, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 785-3598
    Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUNCAN ROY; et al., | ) Case No. CV 12-09012 AB (FFMx) |
| Plaintiffs, | ) Honorable André Birotte Jr. |
| vs. | ) **JOINT STATUS REPORT RE STATUS OF SETTLEMENT** |
| COUNTY OF LOS ANGELES; et al., | ) |
| Defendants. | ) |

1

Pursuant to the Court's May 11, 2020 Minute Order (Docket #592), counsel for the parties hereby submit this joint status report regarding the status of their pending settlement.

As the Court may recall, with the assistance of two separate mediation sessions, the parties reached tentative agreement on key aspects of this case some time ago, and since that time, have been working to negotiate, document and finalize the remaining aspects of the settlement.

On March 6, 2020, the Court held a status conference during which the parties reported that a key issue remained to be negotiated between them, but that the parties were confident that an agreement could be reached, after which the settlement could be submitted for internal review by County executives. The ordered the parties to report back on status in 90 days. Unfortunately, approximately two weeks later, on March 19, the state-wide stay at home orders went into effect as part of efforts to combat the spread of COVID-19.

Defendants' efforts to finalize the settlement have been impacted by the COVID-19 pandemic, and specifically because of the need to focus effort, time and available resources toward protecting all County constituents during this unprecedented time. Defendants' ability to focus on this settlement were further impacted by recent litigation filed by Plaintiffs' counsel against defendants seeking immediate wide-ranging injunctive relief on an *ex parte* basis associated with how COVID-19 is being handled in the County jail system

Counsel for the parties have negotiated the remaining aspects of the parties' settlement, which is reflected in a settlement agreement jointly drafted by counsel. Upon receipt of a signed copy of that agreement from Plaintiff's counsel, Defense counsel will promptly submit the agreement for approval through the County's approval process, which given the current COVID-19 pandemic, could take as long as 8 months. Plaintiffs' counsel will thereafter file

their motion for preliminary approval of the settlement for the Court's consideration.

     The parties request that the Court set a continued status conference in November 2020 to monitor this matter.

Dated: May 13, 2020

KAYE, McLANE, BEDNARSKI & LITT, LLP

By   /s/ *Lindsay Battles*
    Lindsay Battles
Attorneys for Plaintiffs

Dated: May 13, 2020

GLASER WEIL

By   /s/ *Andrew Baum*
    Andrew Baum
Attorneys for Defendants