UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 19 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GERARDO GONZALEZ and SIMON CHINIVIZYAN, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., <br><br> Defendants - Appellants. | No. 20-55175 <br><br> D.C. Nos. 2:12-cv-09012-AB-FFM, 2:13-cv-04416-AB-FFM <br><br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |
| GERARDO GONZALEZ and SIMON CHINIVIZYAN, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., <br><br> Defendants - Appellees. | No. 20-55252 <br><br> D.C. Nos. 2:12-cv-09012-AB-FFM, 2:13-cv-04416-AB-FFM <br><br> U.S. District Court for Central California, Los Angeles |

    The judgment of this Court, entered September 11, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Each side shall bear its own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7