BARRETT S. LITT, SBN 45527
blitt@mbllegal.com
LINDSAY B. BATTLES, SBN 262862
lbattles@mbllegal.com
McLANE, BEDNARSKI & LITT, LLP
975 E. Green Street
Pasadena, California 91106
Telephone: (626) 844-7600
Facsimile: (626) 844-7670

Jennifer Pasquarella, SBN 263241
jpasquarella@aclusocal.org
Jessica Karp Bansal, SBN 277347
jbansal@aclusocal.org
Mohammad Tajsar, SBN 280152
Zoë Mckinney, SBN 312877
Jordan Wells, pro hac vice
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Facsimile: (213) 977-5299

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNCAN ROY; et al,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; et al,<br><br>Defendants. | Case No. CV 12-09012 (FFMx)<br><br>[Honorable André Birotte, Jr.]<br><br>**STIPULATION TO CONTINUE FINAL FAIRNESS HEARING FROM NOVEMBER 12, 2021 TO JANUARY 7, 2022**<br><br>**Filed concurrently with Proposed Order** |

TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

A currently outstanding issue regarding the settlement of this case is how the *cy pres* funds will be utilized. The settlement provides that "*cy pres* funds [shall be] split 50/50 between organizations/activities designated by Plaintiffs (and reasonably approved by the County) and organizations/activities designated by the County (and reasonably approved by the Plaintiffs). *Cy pres* funds shall be used to fund Los Angeles County programs that provide legal representation to persons facing immigration consequences because of a criminal arrest or conviction in Los Angeles County." Doc. 608-17.

The parties have been in discussions regarding this issue over the past several weeks, but it is not currently resolved. The County is having an internal meeting to address this issue, and proposals related to it, that may shed light, or provide a clear path forward, on the *cy pres* distribution on November 18, 2021. It is the County's hope and intent to advise the Plaintiffs, by December 10, of its view on the use of the *cy pres* funds, and the parties agree that a period of time after December 10 to discuss the issue between the parties would be productive.

Accordingly, the parties agree it would be conducive to the ultimate resolution of the *cy pres* issue to continue the Final Approval hearing to January 7, 2022. Both sides also agree that, whenever that hearing is held, the settlement can be finally approved and the financial distribution to class members implemented while the *cy pres* issues are being resolved since, if the parties ultimately "cannot agree," the Court has continuing jurisdiction to "determine the organizations and/or programs to which the *cy pres* funds will be paid, consistent with identified criteria." *Id*. at ¶ 29.

For the foregoing reasons, the parties agree and stipulate that a continuance of the final approval hearing to January 7, 2022, would put the parties in a better position to address and hopefully reach agreement on the *cy pres* aspect of the settlement.

IT IS SO STIPULATED.

DATED: November 10, 2021            Respectfully Submitted,

McLANE, BEDNARSKI & LITT, LLP

By: /s/ *Barrett S. Litt*
    Barrett S. Litt[1]
    Attorneys for Plaintiffs

DATED: November 10, 2021            Respectfully Submitted,

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP, LLP

By: /s/ *Andrew Baum*
    ANDREW BAUM
    Attorneys for Defendants

---

[1] As the filer of this stipulation, I attest that all of the above parties concur in the content of the stipulation and have authorized its filing.