UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | LA CV 12-09012-AB (FFMx) | Date: | January 7, 2022 |
| Title: | *Duncan Roy et al v. County of Los Angeles et al* | | |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |

| Jennifer Graciano | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Barrett S. Litt (video) | Justin W. Clark (video) |
| Lindsay Battles (video) | |
| Jennifer L. Pasquarella (video) | |

**Proceedings:**  HEARING ON MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS (ECF No. 615); MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (ECF No. 627) by Video Conference (Zoom)

Also present by video are Sundiata D. Bakaba and French interpreter, Mame Mbaye. The French interpreter to remain on standby for this proceeding. The Court, counsel and Mr. Bakaba confer on the record.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion(s) under submission with an order to issue.

Mr. Bakaba must inform this Court in writing, by way of Ms. Lindsay Battles, whether he wishes to remain part of this lawsuit by January 28, 2022.